# INCIDENT/INVESTIGATION REPORT

**Agency Name**
*Harris County Sheriff's Office*

**ORI**
*TX1010000*

**Case#**
*2312-09920*

**Date / Time Reported**
*12/27/2023  12:42  Wed*

**Last Known Secure**
*12/27/2023  12:41  Wed*

**At Found**
*12/27/2023  12:42  Wed*

## INCIDENT DATA

**Location of Incident**
*15900 EAST FWY, Channelview TX 77530*

**Gang Relat** NO

**Premise Type** *Highway/road/alley*

**Beat/ConstDist** CS30, 304

| | Crime Incident(s) | | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | *Evading Arrest Detention PC 38.04* | (Com ) | | | | |
| | Entry | | Exit | | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | Entry | | Exit | | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | Entry | | Exit | | Security | |

**MO**

## VICTIM

**# of Victims** *1*  **Type:** SOCIETY/PUBLIC  **Injury:**

| V1 | Victim/Business Name (Last, First, Middle) *State Of Texas* | Victim of Crime # *1,* | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

**Home Address** | **Email** | **Home Phone**

**Employer Name/Address** | **Business Phone** | **Mobile Phone**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

## OTHERS INVOLVED

**CODES:** V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

**Type:** | **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

**Home Address** | **Email** | **Home Phone**

**Employer Name/Address** | **Business Phone** | **Mobile Phone**

**Type:** | **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

**Home Address** | **Email** | **Home Phone**

**Employer Name/Address** | **Business Phone** | **Mobile Phone**

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 37 | 1 | $0.00 | | 1 | *2022 GRY ,    R543282  TX* | *INTL* | *3HSDZAPR2NN584120* |
| | 78 | 1 | $0.00 | | 1 | *2020       273174E  ME* | *WANC* | *1JJV532D8LL164132* |

**Officer/ID#** *RICHARDSON, L. C. (D3PT, TACT) (S28788)*

**Invest ID#** *(0)*

**Supervisor** *CARRIZALES, M. A. (D3PT, DAYS)*

**Status** | **Complainant Signature** | **Case Status** *Cleared By Arrest* *12/27/2023* | **Case Disposition:** | **Page 1**

# INCIDENT/INVESTIGATION REPORT

*Harris County Sheriff`s Office*

Case # *2312-09920*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |
|---|---|---|---|---|---|---|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

*GONZALEZ, E. (S00969), MEJIA, N.R. (S27976), BROWN, A.R. (S28300), BAILEY, M.J. (S28132), SMITH, S.T. (S29445), ELDRETH, W. (S28799), CABRERA, J.S. (S29935), VILLARREAL, J. (S28048), VASQUEZ, D.A. (S29449), HOLLEY, R.W. (S28141), BREESE, A.R. (S29851), SINGLETARY, D.K. (S30124), CALHOUN, D.R. (S00737), CARRIZALES, M.A. (S15455), CUSTER, R.L. (S27223), DIAZ, M.A. (S00105), CAMPBELL, G. (S26040), DAENEN, S. (S13414), BATTON, P.R. (S29362), BATTON, P.R. (S29362), PARKS, J. (S29519), CIRLOS, M.A. (S27991), ELIZONDO, M. (S00059), GARDENHI, M.J. (S27036), RAMSEY, A.M. (S28088), RAMSEY, A.M. (S28088), RAMSEY, A.M. (S28088), MARSHALL, C.R. (S27922), MARSHALL, C.R. (S27922), LOVE, J. (S16093), BERGMAN, C.R. (S28079), THOMAS, D.A. (S00080), ROBINSON, T.S. (S16074), DIVINE, K.A. (S27303), HAYS, T.J. (S29511), BUCCINI, B. (S16041), PEREZ, C.G. (S29440), PEREZ, C.G. (S29440), KLOSTERMAN, T. (S00036), DILLOW, D.R. (S26099), BOEHM, M.A. (S16723), COGBURN, S.W. (S00697), STEPHENS, D.A. (S29446), ETA, L.G. (S00741), NGUYEN, L.Q. (S00898), TIRK, J.L. (S28156), MARTINEZ, Y. (S28527), AGRAIT, E. (S00690), AGRAIT, E. (S00690), BAILEY, D.L. (S00693)*

Suspect Hate / Bias Motivated:

# INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 2312-09920              *Harris County Sheriff`s Office*

N A R R A T I V E

Deputies attempted to conduct a traffic stop. Known violator was taken into custody.

| | | OCA |
|---|---|---|
| *Harris County Sheriff`s Office* | | *2312-09920* |
| Victim | Offense | Date / Time Reported |
| *Society* | *EVADING ARREST DETENTION* | *Wed 12/27/2023 12:42* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

Scene Summary:

The pursuit started in the 13700 block of East Freeway in Houston Harris County, Texas. East Freeway is a public roadway that travels east and west for vehicular travel.

The pursuit ended in the 15900 block of East Freeway in Houston Harris County, Texas. East Freeway is a public roadway that travels east and west for vehicular travel.

The vehicle includes a semi-truck with Texas plate R543282 pulling a Wanc trailer with Maine plate 273174E.

Visibility was good due to it being daytime hours.

The weather was clear.

Investigative Narrative.

On December 27, 2023, I, Deputy Richardson, unit 43Z12, responded as a backup unit to Sgt. Carrizales, unit 43S12, evading call located in the 13700 block of East Freeway in Houston, Harris County, Texas. Sgt. Carrizales advised via dispatch he had a Semi truck displaying Texas plate R543282 refusing to stop.

I entered the eastbound lanes of East Freeway and followed behind the pursuit.
Sgt. Carrizales approved the deployment of spike strips.

I moved forward to the 15000 block of East Freeway and positioned myself on the south side of the freeway. I deployed spike strips, and once the semi struck the spike strips, I retrieved them. I continued following the pursuit until the vehicle became disabled in the 15900 block of East Freeway.

I attempted to conduct a felony traffic stop on the vehicle, and the driver and sole occupant refused to exit the vehicle. I gave verbal commands through the loudspeaker on my patrol car, but the driver still refused to exit.

I made contact with Sgt. Carrizales was on the scene and stated he observed the semi-impeding traffic; the vehicle was driving less than five mph in lane number 4 when the speed limit was 55 mph, causing the motorists to slam on their brakes to avoid an accident.

Sgt. Carrizales activated his emergency equipment, including lights and sirens, to attempt to pull the vehicle over, but the driver refused to stop. Sgt. Carrizales then went in front of the vehicle and used his loudspeaker to advise the driver of the vehicle to stop. However, the driver still refused. The Semi truck made several lane changes without signaling and passed up several safe stopping points.

Less lethal ammunition was used by Deputy Batton unit 43Z10 to get the driver`s attention by striking the vehicle, and he made eye contact with police and still refused to exit the vehicle.
Deputy Cirlos unit 43Z17 contacted the trucking company and provided the driver information as Trinidad Cutshall`s date of birth was 01/25/1981.

I ran his information through TCIC/NCIC and received a driver`s license photo return. Due to the driver refusing to exit the vehicle and visually not being in a medical emergency or appearing in distress, SWAT was contacted. SWAT arrived on the scene, and Deputy Marshal Unit 81K11 deployed his K9 into the vehicle.

| | | OCA |
|---|---|---|
| *Harris County Sheriff`s Office* | | *2312-09920* |
| Victim | Offense | Date / Time Reported |
| *Society* | *EVADING ARREST DETENTION* | *Wed 12/27/2023 12:42* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

Swat removed him from the vehicle approximately 3 hours after the original stop. As he was removed, I observed him to have major swelling on his face and dog bites on his arms.

I positively identified the driver as Mr. Cutshall based on the driver`s license photograph and current tattoos from his social media.

Mr. Cutshall refused to talk and had a blank stare on his face.

The pursuit was approximately 42 minutes with a top speed of approximately five mph. The distance of the pursuit was approximately 3.7 miles.

The Harris County District Attorney`s Office was contacted by Deputy Villarreal unit 43F12 and relayed the facts and circumstances of the case. ADA Abner accepted charges of evading in a motor vehicle.

Channel View EMS medic #50 arrived on the scene and transported him to Ben Taub Hospital, and I followed behind the medic.

I made contact with Nurse L Lewis, who stated that he had an elevated heart rate, would not communicate verbally with them, and would be held for observation.

I was relieved by Deputy Ornelas unit 43N15.

The charges were completed under DA log #3006949.

BWC was activated, uploaded, and tagged.

The semi and trailer were towed from the scene to 6125 Industrial Way by Gas Automotive Chip 31. Deputy Villarreal completed the wrecker slip.

DUI/DWI investigation is still open pending further investigation. I will do a grand jury subpoena for Mr. Cutshall`s medical records.

Photos of Mr. Cutshall`s injures were taken and submitted to POLARIS.

Call cleared arrest

End of report

# Incident Report Suspect List

*Harris County Sheriff's Office*

**1**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *CUTSHALL, TRINIDAD* | | *349 VICOR TRAVIS RD* *DELHI, LA 71232* |

Business Address

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| *01/25/1981* | *42* | *W* | *M* | *N* | *507* | *160* | *BLK* | *BRO* | *LGT* | *11829964 LA* |

Scars, Marks, Tattoos, or other distinguishing features

*Reported Suspect Detail*

| Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|
| | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|
| | | | | | | Mode of Travel |

| Veh Yr / Make / Model | Drs | Style | Color | Lic Plate / State | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes | Physical Char

# Incident Report Related Vehicle List

OCA: *2312-09920*

**1**

| VehYr/Make/Model | | Style | | Color | Lic/Lis | | VIN | |
|---|---|---|---|---|---|---|---|---|
| *2020 WANC* | | | | | *273174E ME 2023* | | *1JJV532D8LL164132* | |
| IBR Status | | Date | | Location | | | | |
| *None* | | *12/27/2023* | | *15300 EAST FWY, CHANNELVIEW TX* | | | | |
| Condition | | Value | | Offense Code | Jurisdiction | | State # | NIC # |
| | | | *$0.00* | *90Z* | *Locally* | | | |
| Name (Last, First, Middle) | | | | Also Known As | | | Home Address | |
| *No name* | | | | | | | | |
| Business Address | | | | | | | | |
| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features | | |

Notes

**2**

| VehYr/Make/Model | | Style | | Color | Lic/Lis | | VIN | |
|---|---|---|---|---|---|---|---|---|
| *2022 INTL* | | *TR* | | *GRY* | *R543282 TX 2024* | | *3HSDZAPR2NN584120* | |
| IBR Status | | Date | | Location | | | | |
| *None* | | *12/27/2023* | | *15300 EAST FWY, CHANNELVIEW TX* | | | | |
| Condition | | Value | | Offense Code | Jurisdiction | | State # | NIC # |
| | | | *$0.00* | *90Z* | *Locally* | | | |
| Name (Last, First, Middle) | | | | Also Known As | | | Home Address | |
| *No name* | | | | | | | | |
| Business Address | | | | | | | | |
| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features | | |

Notes

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *NA*          **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *HAYS, T. J. (S29511)*          **Date / Time:** *12/27/2023 16:48:02, Wednesday*

**Supervisor:** *MOORE, C. M. (S26845)*     **Supervisor Review Date / Time:** *01/02/2024 07:38:25, Tuesday*

**Contact:**          **Reference:** *Follow-up*

---

Deputy T. Hays
Harris County Sheriff`s Office
PID 134389/Unit 81K25
Canine Unit

On Wednesday, December 27, 2023, I, Deputy T. Hays, unit 81K25, was assigned to the Canine Unit with the Harris County Sheriff`s Office. At approximately 1300 hours, I placed myself enroute to a pursuit involving a Tractor Trailer. The radio traffic advised the vehicle was traveling eastbound on I-10, going under the Sam Houston Pkwy, at a speed of 5 mph. As I made it into the area of the pursuit, radio traffic asked for units to stage on the westbound lanes on I-10 in the event the driver of the fleeing vehicle bails out of the vehicle and runs across the westbound traffic. Once the fleeing vehicle passed my location, I made a U-turn at Sheldon Rd., traveled east on the service road, and made another U-turn at Cedar Lane. I entered the westbound lanes of I-10 and blocked the westbound lanes at the Sheldon Rd. exit ramp on to the service road.

No further action was taken.

In cart Camera file number 197599f5-0385-4ba5-9471-fd0f182508a6. Body Worn Camera was not activated do to only traffic control.

---

Investigator Signature                    Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*      **Case Mng Status:** *NA*                      **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

**Investigator:** *HOLLEY, R. W. (S28141)*                    **Date / Time:** *12/27/2023 17:04:30, Wednesday*

**Supervisor:** *CARRIZALES, M. A. (S15455)*   **Supervisor Review Date / Time:** *12/28/2023 14:34:44, Thursday*

**Contact:**                                    **Reference:** *Follow Up Supplement*

Narrative:

On Wednesday, December 27, 2023, I, Deputy R. Holley, unit#43F18, checked with Sgt. M. Carrizales unit# 43S12 at 15907 East Freeway in reference to an Evading call for service. I arrived on the scene and began pursuing the 18-wheeler with Sgt. Carrizales in the number two lane. The 18-wheeler came to a complete stop, and the driver refused to exit the vehicle. Lt. Calhoun, unit#43L20, authorized me to discharge my 40mm to the front passenger front window.

I discharged my 40mm twice to the front passenger window, which was unsuccessful due to missing the window twice. I immediately returned to my post and was relieved by a member of the S.W.A.T team.

End of Supplement.

| Investigator Signature | Supervisor Signature |
|---|---|

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *NA*          **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *SANDOR, K. J. (S00671)*                          **Date / Time:** *12/27/2023 17:13:55, Wednesday*

**Supervisor:** *DILLOW, D. R. (S26099)*     **Supervisor Review Date / Time:** *01/04/2024 14:17:08, Thursday*

**Contact:**                                   **Reference:** *Follow Up Supplement*

---

Deputy K. Sandor
Unit 81X23
Harris County Sheriff`s Office
Special Weapons and Tactics Unit

Supplement:

On Wednesday, December 27, 2023, I, Deputy K. Sandor was assigned to the Harris County Sheriff`s Office Special Weapons and Tactics Unit. At approximately 1330 hours, I received a notification advising of a barricaded suspect who was inside an 18-wheeler cab. The scene was located at the 15900 block of Interstate 10 in the east bound main lanes.

Upon my arrival, I deployed as overwatch in Rescue 1. Once the rest of the team was in place,  Rescue 1 advanced toward the suspect vehicle. Rescue 1 was positioned facing the "A" side of the suspect vehicle. From this position I was able to see inside the front of the suspect vehicle. I observed the suspect staring forward and holding the steering wheel.

After multiple calls were given to the suspect to surrender, I was tasked with deploying less lethal munitions into the cab of the vehicle in an attempt to get the suspect to come out. I deployed two less lethal 40mm Ferrett munition rounds into the passenger side of the vehicle. The first round was an OC munition and the second was a CS munition. Both Ferrett rounds were successfully deployed into the suspect vehicle, but did not have an effect on the suspect.

I remained in my position in overwatch until the call was made for the arrest/react team to move up and attempt to get the suspect out of the vehicle. Once I observed the react team moving up, I left my position and went to the secondary react team. Once I got to the secondary react team, the primary team already got the suspect out of the vehicle.

I did not enter the suspect vehicle.

Once the scene was declared safe, I went back to the command post for a de-brief.

No further information at this time.

End of supplement.

---

Investigator Signature                          Supervisor Signature

# CASE SUPPLEMENTAL REPORT

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*      **Case Mng Status:** *NA*                    **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *BERGMAN, C. R. (S28079)*                **Date / Time:** *12/27/2023 17:27:43, Wednesday*

**Supervisor:** *MOORE, C. M. (S26845)*        **Supervisor Review Date / Time:** *01/02/2024 07:37:37, Tuesday*

**Contact:**                                                      **Reference:** *Follow Up Supplement*

---

2312-09920 FELONY EVADING

On December 27, 2023, I, Deputy Bergman, Unit #81K14 with the Harris County Sheriff`s Office responded to the 15900 block of the East Freeway regarding a barricaded suspect, stationary in an inoperable vehicle on the main lanes of the freeway. Myself along with other canine teams responded for canine support.

I maintained a perimeter position along the westbound main lanes, just north of the target vehicle, with Deputy Marshall, Unit #81K11 until he transitioned for SWAT support. From this point forward, I maintained a coverman position at the same location with Deputy J. Love, Unit #81K13 until the scene concluded.

This concluded my involvement.

My BWC was on and attached to my vest.

No field notes were generated.

End Supplement.

---

Investigator Signature                                Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*          **Case Mng Status:** *NA*                              **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

**Investigator:** *ROBINSON, T. S. (S16074)*                          **Date / Time:** *12/27/2023 17:32:05, Wednesday*

**Supervisor:** *MOORE, C. M. (S26845)*          **Supervisor Review Date / Time:** *01/08/2024 16:14:59, Monday*

**Contact:**                                                              **Reference:** *Follow Up Supplement*

Supplemental Narrative
T.S. Robinson, Unit#81K17
HCSO K9

On 12/27/2023 I Deputy T.S. Robinson (81K17), along with my K9 partner "Rtic", were requested to check by on a pursuit involving an 18-wheeler along I-10 east in eastern Harris County, Texas. Units from HCSO D3 were attempting to stop an 18-wheeler that was east bound on I-10. HCSO D3 units eventually were to stop the truck, using stop sticks, which damaged the front tires and forced the truck to a halt in the 15900 block of I-10 East. The truck was stopped against the east bound concrete divider wall. The sole occupant and driver was still inside the truck and the truck was in gear with rear wheels still spinning, but die to damage, was unable to continue forward motion.

 Upon arrival, I took up a position on the east bound lanes of I-10 behind the 18-wheeler, but slightly offset to the right side in able to maintain visual of the passenger side of the truck.

 Deployment Factors:

1.)    - Suspect was wanted for a felony - Evading M.V.
2.)    - Suspect had not been searched for weapons.
3.)    - Suspect posed threat of flight on foot in a highly congested area, making apprehension dangerous for pursuing officers.

 I elected to deploy my K9 partner "Rtic" and remain behind cover of our patrol truck. Our assignment was to cover the passenger side of the truck in the event the suspect chose to flee on foot in our direction.

 I made several K9 warnings or announcements via my marked HCSO patrol truck PA, which were phrased as follows….."Mr. Cutshall (suspect), this is Deputy Robinson with the Harris County Sheriff`s Office K9 Division….shut off the truck, open the door, come out with nothing in yours hands…..if you do not comply, we will force entry into the truck and the dog will find you and he will bite you." These warnings were made several times along with several additional general warnings.

 We remained at our patrol truck until HCSO SWAT arrived and took command of the incident. Rtic and I remained ready at our patrol truck in the event the suspect fled in our direction. Rtic and I remained in this position while SWAT utilized several options to encourage the suspect to surrender, which were ignored. SWAT launched several 40mm direct impact munitions inside the truck, along with one of the SWAT-trained K9`s (Timon), with handler C. Marshall giving directions.

 The suspect was eventually removed from the cab of the truck and taken into custody. EMS personnel were on

---

Investigator Signature                                          Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** | *NA* | **Occurred:** | *12/27/2023* |
| **Offense:** | *EVADING ARREST DETENTION* | | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *ROBINSON, T. S. (S16074)* | **Date / Time:** | *12/27/2023 17:32:05, Wednesday* |
| **Supervisor:** | *MOORE, C. M. (S26845)* | **Supervisor Review Date / Time:** | *01/08/2024 16:14:59, Monday* |
| **Contact:** | | **Reference:** | *Follow Up Supplement* |

location and transported the suspect to an area hospital for triage and any needed medical attention.

 I placed Rtic back in our HCSO patrol truck, making no K9 contact with the suspect on this deployment.

Rtic and I are certified as a canine team by the NNDDA (National Narcotics Detector Dog Association Inc.) He is certified in the following odors: Marijuana, Cocaine, Methamphetamine, Heroin and MDMA. His certification number is 62020. He is also trained in Criminal Apprehension.

My county issued BWC (Body Worn Camera) was activated during deployment and this report was generated from the best recollection of my memory of the events observed by me or reported to me by witnesses. I did not review any video recordings of the incident prior to submitting this report. I respectfully reserve the right to amend this report if, after being allowed to review any video recordings, I observe any discrepancies in the details of my report and the video, if any.

End of Supplement.

*Harris County Sheriff`s Office*

<sup>OCA</sup>: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *NA*          **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

**Investigator:** *AGRAIT, E. (S00690)*               **Date / Time:** *12/27/2023 17:44:32, Wednesday*

**Supervisor:** *DILLOW, D. R. (S26099)*     **Supervisor Review Date / Time:** *01/02/2024 12:58:48, Tuesday*

**Contact:**                    **Reference:** *Follow-up*

Deputy E. Agrait
Harris County Sheriff`s Office
Special Weapons and Tactics
Unit No. 81X28

At approximately 13:55 hours on Wednesday, December 27, 2023, I, Deputy E. Agrait, Unit 81X28, along with other members of the Harris County Sheriff`s Office Special Weapons and Tactics Unit (SWAT), were called out to assist Harris County Sheriff`s Office District 3 Unit`s in reference to a barricaded suspect inside an 18-wheeler with trailer located at 15900 East Freeway, Channelview, TX.

Upon my arrival, I positioned myself behind a marked Harris County Sheriff`s Office vehicle facing the passenger side of the 18-wheeler. At my position I could see the driver facing forward with his hands on and off the steering wheel. Also from my position I could hear the truck engine revving and see the tires spinning. Before any of the Harris County Sheriff`s Office Crisis Negotiators arrived on scene commands where being called out loud and clear from a marked Harris County Sheriff`s Office vehicle parked behind the 18-wheeler with negative results.

Once all members of the SWAT team were in position, I heard members of HCSO Crisis Negotiation Team (CNT) utilize the unit`s ballistic engineered armored response vehicle`s (Rescue1) long range acoustic device (LRAD). I heard CNT personnel make loud and clear commands for the occupant(s) inside the 18-wheeler to exit.

After numerous attempts to have the suspect exit the vehicle were unsuccessful a small team moved up to the passenger side of the vehicle and utilizing K-9 attempted to remove the male suspect out of the vehicle. The male suspect was uncooperative and did not obey lawful commands. I observed the male actively resisting and grabbing at members of the team inside the cab of the 18-wheeler and would not comply. Once outside of the vehicle the male continued to resist by pulling away from members of the team attempting to handcuff him. After a brief struggle the male suspect was placed in handcuffs and soon after tended to by paramedics.

After the scene was rendered secure, it was released to the care and custody of Harris County Sheriff`s Office District 3 Unit`s.

End of Supplement.

---

Investigator Signature                    Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *NA*                    **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *TIRK, J. L. (S28156)*                              **Date / Time:** *12/27/2023 18:39:44, Wednesday*

**Supervisor:** *DILLOW, D. R. (S26099)*        **Supervisor Review Date / Time:** *01/03/2024 10:55:49, Wednesday*

**Contact:**                                                           **Reference:** *Follow Up Supplement*

---

***Supplement***

Deputy J. Tirk
Harris County Sheriff`s Office
Special Weapons and Tactics
Unit No. 81X22

On Wednesday, December 27, 2023 I, Deputy J. Tirk, (81X22), along with other members of the Harris County Sheriff`s Office Special Weapons and Tactics Unit (SWAT), were activated to respond to an suspect barricaded in a vehicle in the 15900 block of East Freeway, Channelview, Harris County, Texas.

The vehicle was a trailer tractor (18-wheeler) and it was immobile after it crashed into the center cement barrier. I arrived on scene and went to the rear of the crashed trailer tractor with other SWAT deputies. We moved to the rear of the vehicle and checked the cargo area. The cargo area was clear of any persons or items.

I then moved to the south side of the immobile vehicle with Deputy Agrait (81X28) and Deputy Faiura (81X11). I was positioned behind a HCSO marked vehicle with clear line of sight of the operator of the immobile vehicle. There was a male in the driver seat and no other persons appeared to be inside of the vehicle.

The male inside of the vehicle was non-compliant with all commands and the HCSO Crisis Negotiations unit was unable to reach him. The BEAR (Rescue 1) moved in front of the immobile vehicle and more commands were given via the LRAD. Two less-lethal ferret rounds were delivered to the front windshield in an attempt to make the operator comply and exit the vehicle. One round breached the windshield and the second did not.

After the CS ferret rounds appeared to not have any effect on the driver and the male still was non-compliant, the HCSO Rook breached the rear cab window. SWAT operators deployed a tri-chamber gas canister into the immobile vehicle. The suspect was still non-compliant after numerous loud calls from CNT and the deployed gas.

The HCSO Rook then breached the front passenger door and cleared all of the debris from the area. The suspect still did not comply with the commands. The HCSO SWAT team advanced to the passenger side of the vehicle and gave commands for the male to exit and show his hands. The male did not comply and he was hit with impact 40mm rounds. When the 40mm rounds were proven ineffective, Deputy Marshall and K-9 Timon were deployed to gain compliance and prevent harm to deputies on scene.

While K-9 Timon was utilized multiple SWAT operators surrounded the vehicle to assist in extracting the suspect from the vehicle. The suspect resisted operators and continued to pull away and tuck his arms under his body. The suspect also grabbed operators gear on their vests and belts when he was being apprehended. The suspect was eventually removed from the immobilized vehicle and taken to the ground on the outside of the passenger side.

---

Investigator Signature                                    Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *NA*     **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *TIRK, J. L. (S28156)*     **Date / Time:** *12/27/2023 18:39:44, Wednesday*

**Supervisor:** *DILLOW, D. R. (S26099)*     **Supervisor Review Date / Time:** *01/03/2024 10:55:49, Wednesday*

**Contact:**     **Reference:** *Follow Up Supplement*

---

The suspect landed on his chest and face where there was still broken glass from the breached door and windows which caused the suspect lacerations. While on the ground operators attempted to place the suspect in handcuffs but he continued to resist by pulling his hands underneath him. I attempted to place ASP quick cuffs on the suspect but he slipped out due to him pulling away. We eventually were able to place metal handcuffs on the suspect and detain him. The suspect was placed on his side and medical attention was called for the suspect.

I assisted Deputy Mendiola (81X15) with checking the cab of the suspect tractor trailer. We did not locate any other persons. I exited the vehicle and cleaned any biohazard material from my gear and person.

I remained on scene until I was relieved by SWAT Commander B. Buccini (81L13).
No other information.
END of Supplement.

---

Investigator Signature                    Supervisor Signature

# CASE SUPPLEMENTAL REPORT

*Harris County Sheriff's Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *NA*     **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *VILLARREAL, J. (S28048)*     **Date / Time:** *12/27/2023 18:50:55, Wednesday*

**Supervisor:** *CARRIZALES, M. A. (S15455)*     **Supervisor Review Date / Time:** *02/13/2024 13:07:19, Tuesday*

**Contact:**     **Reference:** *Follow-up*

---

On Wednesday, December 27, 2023 at approximately 1245 hours, I, Deputy J. Villarreal, Unit 43F12 responded to assist Sergeant M. Carazales, Unit 43S12 on his traffic hazard call for service that was located near East Freeway near Freeport St. Sgt. Carazales advised the 18-wheeler he was behind was not stopping for him. He advised the vehicle was traveling east bound at a slow pace.

I caught up with him with all of my emergency lighting and sirens on just east of the Freeport entrance ramp on the main lanes of the freeway. I observed the 18-wheeler in the number three lane. Lt. D. Calhoun, Unit 43L20 advised if spike strips could safely be deployed then deploy them. This was the time I drove around the 18-wheeler and advanced ahead of it. I positioned mm fully marked Harris County Sheriff patrol unit on the inside shoulder and deployed my spike strips.

The vehicle struck the strips with the front tires and ran over them continuing east bound at a slow pace. I could hear the front tires begin to deflate. The spike strips then became entangled with the other sets of wheels and the recovery string snapped. The vehicle continued east bound.

In the 15900 block of the East Freeway the vehicle finally came to a stop in the inside emergency lane. The operator remained inside after several minutes of calling him out by using police intercoms. Harris County SWAT was called out and I held my position until they arrived.

Once relieved I assisted in keeping citizens back in a safe area behind yellow barrier tape.

After the operator was taken I completed wrecker slips. Inventory of the truck was very restricted due to the CS gas used to encourage the operator to exit the vehicle. Gas Automotive #31 picked up vehicles.

BWC was activated during this even but died due to a drained battery.

End of supplement.

---

Investigator Signature                    Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *NA*    **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

| | | |
|---|---|---|
| **Investigator:** | *MARSHALL, C. R. (S27922)* | **Date / Time:** *12/27/2023 19:35:25, Wednesday* |
| **Supervisor:** | *MOORE, C. M. (S26845)* | **Supervisor Review Date / Time:** *01/10/2024 06:29:48, Wednesday* |
| **Contact:** | | **Reference:** *Follow Up Supplement* |

Deputy C. Marshall
Harris County Sheriff`s Office
Unit 81K11/Pid 04654
Canine Division

Narrative:

On Wednesday, December 27, 2023, I, Deputy C. Marshall, Unit # 81K11 and canine partner "Timon" were assigned to the Harris County Sheriff`s Office, Homeland Security Bureau, Field Support Section. At approximately 1355 hours, I responded to the area of 15900 East Freeway to assist The Harris County Sheriff`s Office Special Weapons and Tactic Unit with a felony suspect barricaded in tractor trailer.
While enroute to the location, units advised they attempted to breach the passenger window with a less lethal impact round and were unsuccessful.
I arrived on scene and took a position behind the patrol vehicle directly behind the tractor trailer with my canine partner "Timon. Deputy Cogburn, the SWAT team leader was with me and gave several canine warnings using the patrol vehicle`s public announcement system advising the suspect to "Surrender or K9 will be deployed and you will be bitten". The suspect refused commands to surrender and remained in the driver`s seat of the vehicle.
 I remained in this position until the Armor Vehicle moved in front of the tractor trailer, blocking it from forward movement. I moved to another patrol vehicle on the north side of the freeway behind the tractor trailer. This angle gave me a better view of the driver door. I maintained this position while numerous canine warnings were given using the Armor Vehicle Long Range Acoustical Device. The suspect continued to place his hands on the steering wheel with a blank stare and refused to comply with commands to surrender.
SWAT members deployed two less lethal chemical rounds into the cab of the trailer. They advised over the radio that they appeared to have no effect on the suspect. I was asked to move to the REACT team behind the armored vehicle by Team Leader Cogburn. I moved my position and met with the REACT team. The SWAT team then deployed another less than lethal chemical agent inside the cab of the tractor trailer. Again, this had no effect on the suspect.
Deputy Cogburn advised me the approach plan consisted of using two less than lethal impact rounds through the passenger side door of the tractor trailer cab in an attempt to get the suspect to surrender. If the suspect failed to surrender, I would use my canine partner to apprehend the suspect.  Once the canine was inside the cab, I would move up and attempt to remove the suspect from the cab.

** Canine Deployment Factors **
1.)  Suspect was wanted for Felony Evading.
2.)  Suspect posed a threat to law enforcement and the public due to not being searched for weapons.
3.)  Suspect was barricaded inside the cab of a tractor trailer, which provided many areas of concealment posing the threat of ambush to officers.
My canine partner "Timon" is certified by the National Narcotic Detector Dog Association #62645 and Police

---

Investigator Signature                           Supervisor Signature

*Harris County Sheriff`s Office*

<span style="color:gray">OCA</span>: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** *NA* | **Occurred:** *12/27/2023* |
| **Offense:** | *EVADING ARREST DETENTION* | | |

| | | |
|---|---|---|
| **Investigator:** | *MARSHALL, C. R. (S27922)* | **Date / Time:** *12/27/2023 19:35:25, Wednesday* |
| **Supervisor:** | *MOORE, C. M. (S26845)* | **Supervisor Review Date / Time:** *01/10/2024 06:29:48, Wednesday* |
| **Contact:** | | **Reference:** *Follow Up Supplement* |

Service Dog #15599. Timon is trained and certified in the detection of specific illegal narcotics and criminal apprehension.

As the team approached the passenger, I gave commands for the suspect to show his hands. The suspect continued to keep his hands towards his lower half. SWAT members fired two less than lethal impact rounds, which had no effect on the suspect to surrender. I observed the suspect lower his right hand out of sight. In a rapidly developing and tense situation, and in an attempt to prevent a deadly force encounter, I commanded my canine to apprehend the suspect. My canine partner attempted to jump into cab but fell. I assisted my canine inside the vehicle.

Once inside the vehicle I heard the suspect yell and gave additonal commands for the suspect to come out. The suspect refused to exit the cab. I entered the cab and observed my canine partner making contact with the suspect`s right forearm just above the wrist. I was able to reach over and unbuckle his seat. I attempted to pull him out of the vehicle, but the suspect braced himself and was using his legs to lock himself in the driver`s seat. The suspect continued to resist by not exiting the vehicle or placing his hands behind his back. Once enough team members were inside the cab and gained control of both the suspect`s arms, I attempted to verbally out my canine. Due to the dog`s rear half hanging out of the vehicle and the close proximity of team member, I chose to physically take my canine partner off to prevent further injuries to the suspect or team members.

Once I removed my canine, I backed up approximately 8 feet. I observed the suspect continue to struggle with SWAT members even once outside of the vehicle and on the ground. Once the suspect was detained, the Channelview Fire Department Medic 12 immediately began to treat the suspect for his injuries. The suspect was identified to be Trinidad Cutshall with a birthdate of 01-25-1981. He was transported to Ben Taub Hospital for further treatment. I contacted Sgt. Moore, unit 81S21 and advised him of the use of force. Photograph`s of the suspect`s injuries were taken and emailed to Sgt. Moore.

Sergeant P. Foose, Unit # 10S17 with OIG was contacted and declined to make the scene at this time.

My Bodyworn Camera was activated and uploaded under 4d562dc2-e7f2-4355-ad08-e4222b671234. The Harris County Animal Control will be contacted during normal business hours.

End of supplement.

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** *NA* | **Occurred:** *12/27/2023* |
| **Offense:** | *EVADING ARREST DETENTION* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *MENDIOLA, J. J. (S00513)* | **Date / Time:** | *12/27/2023 20:30:45, Wednesday* |
| **Supervisor:** | *DILLOW, D. R. (S26099)* | **Supervisor Review Date / Time:** | *01/02/2024 13:19:00, Tuesday* |
| **Contact:** | | **Reference:** | *Follow-up* |

Deputy J. Mendiola
Unit 81X21
Harris County Sheriff`s Office
Special Weapons and Tactics
Supplement


On Wednesday, December 27, 2023, I, Deputy J. Mendiola, Unit 81X21, a member of the Harris County Sheriff`s Office Special Weapons and Tactics Team (HCSO SWAT), received a callout for a Barricaded suspect in a vehicle. This call was in reference to an ongoing pursuit with an 18 wheeler.

Upon arrival, I advised the command post I was landing behind the 18 wheeler in a helicopter. I was informed to join the react team, which was located behind the 18 wheeler near a marked patrol vehicle.

Once containment was set by all SWAT units, Deputy S. Cogburn began to order the suspect to come out of the 18 wheeler with nothing in his hands. The suspect did not comply. This continued for several minutes. As announcements were ongoing, I could hear the 18 wheeler engine rev up and see smoke coming from underneath the cab.

After some time had passed, we covertly cleared the 18 wheeler`s trailer. We did not see anything in the trailer. Once the trailer was cleared we moved back behind the patrol vehicle.

Once our armor vehicle (Rescue 1) arrived on-scene, the react team got into rescue 1. Rescue 1 drove in front of the 18 wheeler. At this point, I could see inside the cab. I observed the suspect to be in the driver seat with his hands on the steering wheel. He was also wearing dark tinted glasses. The suspect was not looking in our direction, but more of a stare like we were not there. A CNT deputy began to give announcements from the Long Range Acoustic Device (LRAD). The CNT deputy gave commands in Spanish and English, but the suspect did not respond to any commands.

After some time, two less than lethal 40 mm OC and CS ferret rounds were deployed into the cab to the passenger side seat. As the ferret 40 mm rounds were deployed the suspect would jump and began to look around. I still could not see his eyes due to the dark tinted glasses.  After some time, the suspect would go back into a stare like we were not there. The OC and CS ferret rounds seemed to not affect him.
I was informed the rook was used to breach a back window so a CS flameless Tri-Chamber could be deployed into the cab, via my headset. From my location, I could see the CS vapor being deployed inside the cab. The suspect began to cough and spit. The suspect then jumped to the back seat and then back to the driver seat. At this point the CS vapor was obscuring my view.


| | |
|---|---|
| Investigator Signature | Supervisor Signature |

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *NA*    **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *MENDIOLA, J. J. (S00513)*

**Supervisor:** *DILLOW, D. R. (S26099)*

**Contact:**

**Date / Time:** *12/27/2023 20:30:45, Wednesday*

**Supervisor Review Date / Time:** *01/02/2024 13:19:00, Tuesday*

**Reference:** *Follow-up*

---

The rook breached the passenger side door and back passenger door. As this was happening, a plan was formulated to approach the cab and detain the suspect.

Once all SWAT members were set, I, along with other SWAT members, approached the cab. I held cover on the suspect as commands and the 40 mm less than lethal were used. The 40 mm less than lethal was not affective. The suspect stayed in the driver seat and acted like he was still driving. He did not comply with commands to exit the vehicle. As I was holding cover on the suspect, I did not give any commands due to me wearing a gas mask. This prevented my voice to be heard.

I observed the suspects hands to be wrapped in some type of cloth like clothing. I could not see his hands.

At this point, a Deputy Marshall deployed his K9 partner. The K9 bit the suspects arm. Due to the suspect`s hands being covered up and the K9 could not pull the suspect out of the driver seat, Deputy Marshall grabbed his K9 and released the bit. At this point, SWAT members grabbed the suspect`s hands and attempted to get the suspect out. I held Deputy S. Cogburn up to prevent him from falling back. As more SWAT members assisted, the suspect was taken out of the cab. The suspect was placed on the ground.

I observed the suspect to actively resist SWAT members, who were attempting to place his hands behind him. I observed the suspect to move his head back and forth on the gravel. This gravel had broken glass. I attempted to gain control of the suspects head by placing my hand on the side of his head, but I could not successful stop him from moving his head. The suspect kept on moving his head from side to side. Once the suspect was placed in cuffs, he was positioned in a sitting position. He was then escorted to EMS.

I cleared the cab and did not observed any other persons inside the cab.

I gathered all my equipment and waited by the command post.

No further information.
End Supplement.

---

Investigator Signature                                        Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*　　　　**Case Mng Status:** *NA*　　　　　　　　　**Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *MEJIA, N. R. (S27976)*　　　　　　　　　　　**Date / Time:** *12/27/2023 21:34:49, Wednesday*

**Supervisor:** *BROWN, A. R. (S28300)*　　**Supervisor Review Date / Time:** *01/01/2024 22:45:56, Monday*

**Contact:**　　　　　　　　　　　　　　　　　　　**Reference:** *Follow Up Supplement*

---

On Wednesday, December 27, 2023, I, Deputy N. Mejia (40M15), along with Harris Center Clinician R. Igbani, backed up Deputy J. Villarreal (43F12), in reference to an Evading call for service.

I was not involved in the pursuit and upon my arrival, the Offender, Trinidad Cutshall (DOB 1/25/1981), was barricaded inside of his vehicle.

I entered the BEAR and using the Long Range Acoustical Device (LRAT), gave several verbal commands to the Offender for approximately 45 minutes. I advised the Offender of who we were, we had an active warrant for his arrest and to exit the vehicle. I also advised the Offender K9 was on scene and the dog would bite.

The Offender failed to comply with any of my orders but was ultimately taken into custody by SWAT.

My body worn camera device and in-car arbitrator were utilized on this incident. The incident details documented in this report do not describe in entirety the details documented on the recorded body worn camera or in-car arbitrator footage. See uploaded footage for more details.

End of supplement.

---

Investigator Signature　　　　　　　　　　　　　Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *NA*     **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *CIRLOS, M. A. (S27991)*

**Supervisor:** *CARRIZALES, M. A. (S15455)*

**Contact:**

**Date / Time:** *12/27/2023 21:51:20, Wednesday*

**Supervisor Review Date / Time:** *02/09/2024 10:10:49, Friday*

**Reference:** *Follow Up Supplement*

---

Supplement

On Wednesday, December 27, 2023, I, Deputy M. Cirlos, Unit 43Z17, was assigned to the Harris County Sheriff`s Office District 3 Crime Reduction Unit in East Harris County, Texas. While on patrol, I was dispatched to Sergeant M. Carrizales, Unit 43S12, who advised he was in pursuit of an 18-wheeler traveling eastbound on the main lanes of East Freeway.

I followed behind the fleeing vehicle while traveling eastbound on East Freeway. I observed the trucking company`s name was "Design Transportation" and had a number listed on the rear of the empty box trailer being towed. The vehicle came to a complete stop near the 15919 block of East Freeway. I assisted with the felony stop by performing multiple callouts to the driver in English and Spanish as he continued to ignore commands and remain inside the vehicle.

The number displayed on the box trailer was 877-335-7217, and I contacted Design Transportation to gather information on the driver. I made contact with Mr. Robert Busbey, the director of operations for Design Transportation, who advised Mr. Trinidad Rey Cutshall, DOB 01/25/1981, Lousiana driver`s license 011829964, was the driver on file for the vehicle. Mr. Busbey advised he attempted to call Mr. Cutshall on his cellphone (817-455-7690) multiple times and did not receive an answer. Mr. Bugsby also attempted to contact Rebecca Slattery, his listed emergency contact but did not receive an answer.

Mr. Cutshall had a listed address of 349 Victor Travis Road in Delhi, Louisiana. I provided dispatch with this address and advised them to contact the local jurisdiction agency within his registered address to attempt to make contact with someone for further intel. Major Spencer contacted me with the Richland Parish Sheriff`s Office, who advised his deputies were unsuccessful in contacting anyone at the registered address. While on scene, this information was provided to Sergeant A. Brown, Unit 40S33.

Harris County Sheriff`s Office Special Weapons And Tactics arrived on scene and relieved me from my assignment.

My body-worn and dash cameras were activated and recorded during this incident. I was operating Harris County Sheriff`s Office marked equipment #11140.

End of supplement.

---

Investigator Signature                    Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** *NA* | **Occurred:** *12/27/2023* |
| **Offense:** | *EVADING ARREST DETENTION* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *SMITH, S. T. (S29445)* | **Date / Time:** | *12/27/2023 22:40:03, Wednesday* |
| **Supervisor:** | *BURGESS, R. V. (S00771)* | **Supervisor Review Date / Time:** | *12/29/2023 15:07:38, Friday* |
| **Contact:** | | **Reference:** | *Follow Up Supplement* |

On Wednesday December 27, 2023 at approximately 1434 hours I, Deputy S. Smith (43B16), was dispatched to 15907 East Freeway in Channelview, Harris County, Texas in reference to a Evading call for service. Lt. Calhoun (43L20) requested I check by to assist with setting up a perimeter on an active scene.

Upon my arrival, I positioned myself at the Fairfield Inn located at 15822 East Freeway in Channelview, Texas. I remained at the above mentioned location until I was released from the scene by Sgt. G. Campbell (43S24).

Investigator Signature                    Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*          **Case Mng Status:** *NA*                    **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *POIRIER, N. P. (S00900)*                    **Date / Time:** *12/28/2023 00:05:30, Thursday*

**Supervisor:** *DILLOW, D. R. (S26099)*          **Supervisor Review Date / Time:** *01/02/2024 14:00:48, Tuesday*

**Contact:**                                             **Reference:** *Follow-up*

---

Deputy N. Poirier
Harris County Sheriff`s Office
Special Weapons and Tactics Unit
Unit 81X15

SUPPLEMENT:

On Wednesday, December 27, 2023, I, Deputy N. Poirier (Unit 81X15) was assigned to the Harris County Sheriff`s Office Special Weapons and Tactics Unit (SWAT). Team members and I were called out to 15900 E Freeway, in East Harris County, Texas. We were called out in reference to a barricaded suspect in cab of an 18-Wheeler. The vehicle was stopped on the main traffic lanes of the freeway.

Upon arrival, I announced my presence. I was instructed by team leader Deputy Cogburn to join him at his positon of cover behind the suspects 18-Wheeler. I gathered my belongings and joined Deputy Cogburn. Once in positon we waited for other resources and personnel to arrive. During which I heard loud commands coming from a patrol car`s public address (PA) system. Our presence as the Harris County Sheriff`s Office was announced and the commands given stated for the suspect to exit the vehicle. I heard these commands several times.

We were advised the vehicle sustained damage during the pursuit, which rendered it un-drivable. We were also advised the suspect was located in the driver seat of the vehicle. Though the vehicle was not moving the suspect continued pressing the accelerator in an effort to flee the scene.

Once enough personnel arrived, the decision was made to clear the trailer of the 18-Wheeler. A few team members and I approached the trailer from the rear. The doors of the trailer were unlocked, Deputy Luna opened the doors of the trailer allowing Deputy Mendiola and I to see in. The inside of the trailer was empty. After observing this team members and I quickly returned to our positon of cover.

Once Rescue 1 (Armored Vehicle) arrived on scene, a few team members and I climbed aboard. Rescue 1 was positioned directly in front of the 18-Wheeler. Once Rescue 1 was positioned I heard loud clear commands coming from the Long Range Acoustic Device (LRAD). Our presence as the Harris County Sheriff`s Office was again announced, and the commands given instructed the suspect to exit the vehicle with nothing in his hands and to listen to the commands of the Deputies outside. These commands were given numerous times in both English and Spanish.

The suspect did not respond to the commands and continued to sit in the driver seat. Due to the suspect`s incompliance, chemical agents were introduced into the vehicle in an effort to deter the suspect from remaining inside the vehicle. The chemical agent appeared to have little effect on the suspect.

---

Investigator Signature                                   Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*          **Case Mng Status:** *NA*          **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *POIRIER, N. P. (S00900)*          **Date / Time:** *12/28/2023 00:05:30, Thursday*

**Supervisor:** *DILLOW, D. R. (S26099)*          **Supervisor Review Date / Time:** *01/02/2024 14:00:48, Tuesday*

**Contact:**          **Reference:** *Follow-up*

---

I observed the Rook approaching the passenger side of the vehicle. The Rook breached the rear cab window of the truck, and more chemical agents were hand delivered into the interior of the truck by team members. It appeared the chemicals had a desired effect on the suspect; however, he refused to exit the vehicle.

The Rook next removed the passenger side door of the vehicle. This allowed team members to see the suspect clearer and created an entry port into the truck.

A few team members and I approached the vehicle. HCSO K9 and K9 Handler accompanied us. The suspect still refused to exit the vehicle. I deployed three (3) less lethal foam-marking rounds into the cab of the truck. Two of the rounds struck the suspect. I deployed these less lethal rounds to gain pain compliance from the suspect. Though the less lethal rounds displayed a desirable effect on the suspect he still refused to exit.

I observed HCSO K9 entering into the vehicle through the passenger side opening. I observed the K9 take hold of the suspect. The suspect still refused to exit the vehicle. I observed the K9 Handler also enter the vehicle from the passenger side. At this point I entered into the cab of the truck through the rear cab window that was breached earlier by the Rook. I entered into the cab of the truck to provide support and protection for the K9 Handler.

Once inside the cab of the truck I observed the suspect resisting the K9, K9 Handler, and team members. The cab of the truck was small and cluttered. I observed the suspect curving his legs under the driver seat preventing himself from being removed. I also observed several metal clips on the outside of the suspect`s front left pocket, which appeared to be pocketknives.

Due to the confined space and suspect`s level of resistance, I delivered several closed fist strikes to the suspect`s head and face. The suspect took hold of my right hand and began to pull me closer to him. Instructed the suspect to let my hand go repeatedly, however he continued to hold on to me. I delivered several more closed fist strikes to the suspect`s face with my left hand to free myself. While trying to free myself from the suspect my taser fell into his lap. I regained control of my taser and handed it to a team member to secure. Team members were able to remove the suspect from the vehicle and take custody of him.

I exited the vehicle and returned to Rescue 1. Emergency Medical Services (EMS) evaluated the suspect. I then gathered my belongings and returned to the command post. Team members and I were dismissed shortly after.

End of Supplement.

---

Investigator Signature                          Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *CLEARED BY ARREST*          **Case Mng Status:**  *NA*                                    **Occurred:**  *12/27/2023*

**Offense:**  *EVADING ARREST DETENTION*

**Investigator:**  *LOVE, J.  (S16093)*                                          **Date / Time:**  *12/28/2023 06:32:54, Thursday*

**Supervisor:**  *MOORE, C. M. (S26845)*               **Supervisor Review Date / Time:**  *01/02/2024 07:54:09, Tuesday*

**Contact:**                                                                                **Reference:**  *Follow-up*

Deputy J. Love, Unit #81K13
Patrol/K-9 Division
K-9 Kato (Patrol/Narcotics)


On Wednesday, December 27, 2023, I, Deputy J. Love, Unit #81K13, along with my K9 partner, Kato responded to a pursuit of an 18 wheeler located in the 15900 block of East Freeway, Harris County, Texas.


While enroute, Deputies advised spike stripes were deployed and were effective in causing damage to several tires. Prior to my arrival the vehicle came to rest in the main lanes of the East Freeway with the driver barricaded inside refusing to come out.


***Canine Deployment Factors***


#1.)  Suspect was wanted for Felony Evading-Motor Vehicle.  Suspect led Deputies on an extensive pursuit in a heavily populated area putting thousands of citizens in danger.


#2.)  Suspect posed a threat to law enforcement and the public by not being searched for weapons prior to making contact with him.


#3.) Suspect barricaded himself inside the cab of a semi-truck, which provided many areas of concealment posing the threat of ambush to officers.


Upon arrival, I pulled alongside the freeway on 1st Street and parked beside another K9 unit. We decided to deploy my K9 partner, Kato on the westbound side where we had a clear view of the semi-truck and driver.  My vehicle was later moved to the westbound main lanes for cover in the event the driver started shooting.  I deployed Kato in a tracking harness which was clearly marked with "SHERIFF K-9" patches on both side panels of the harness and had him in a down position at the front of the vehicle and held this position.  Deputies began giving multiple commands over the PA (Public Address System), but the driver still refused to come out of the cab. In addition, Deputies attempted to breach the passenger side window with less lethal impact rounds and were unsuccessful.

---

Investigator Signature                                          Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*          **Case Mng Status:** *NA*                    **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *LOVE, J.  (S16093)*                                **Date / Time:** *12/28/2023 06:32:54, Thursday*

**Supervisor:** *MOORE, C. M. (S26845)*          **Supervisor Review Date / Time:** *01/02/2024 07:54:09, Tuesday*

**Contact:**                                                              **Reference:** *Follow-up*

---

Once the Harris County Sheriff`s Office Special Weapons and Tactic Team (SWAT) arrived, they took full control of the scene and began putting assets in certain places. I was advised to hold my position in the event the suspect fled from the vehicle and crossed over the concrete barrier wall. I held this position until the suspect was taken into custody and the scene was rendered safe.


My county issued BWC (Body Worn Camera) was activated during deployment and this report was generated from the best recollection of my memory of the events observed by me or reported to me by witnesses. I did not review any video recordings of the incident prior to submitting this report. I respectfully reserve the right to amend this report if, after being allowed to review any video recordings, I observe any discrepancies in the details of my report and the video, if any.


Kato and I are certified in Criminal Apprehension by The National Narcotic Detector Dog Association (NNDDA), certification #6246.


No further information
K9 Deployment/Arrest Support
End of supplement

---

Investigator Signature                                    Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*        **Case Mng Status:** *NA*                    **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

**Investigator:** *ELDRETH, W.  (S28799)*                        **Date / Time:** *12/28/2023 07:17:02, Thursday*

**Supervisor:** *CUSTER, R. L. (S27223)*        **Supervisor Review Date / Time:** *01/09/2024 08:39:36, Tuesday*

**Contact:**                                        **Reference:** *Follow Up Supplement*

Deputy W. Eldreth
Unit 43D10
Patrol District 3 Days
Crisis Negotiations Team Member
RDO: Tue/Wed

Supplemental Narrative:

On December 27, 2023, I, Deputy W. Eldreth, Unit 43D10, was dispatched to 15907 East Fwy, Channelview, Harris County, Texas, in reference to a Traffic Hazard call that later evolved to a Barricaded Suspect Call.

Upon my arrival I attempted to call the suspect, identified by name and date of birth as Trinidad Cutshall, on the provided number by the Real Time Crime Center (RTCC). The suspect did not answer the phone despite being called 71 times. I also assisted in setting up and taking down the Long Range Acoustic Device (LRAD) on Rescue One.

End of supplement.

Investigator Signature                        Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*          **Case Mng Status:** *NA*                    **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

**Investigator:** *CUSTER, R. L. (S27223)*                          **Date / Time:** *12/28/2023 07:20:17, Thursday*

**Supervisor:** *CARRIZALES, M. A. (S15455)*     **Supervisor Review Date / Time:** *02/09/2024 10:11:10, Friday*

**Contact:**                                                          **Reference:** *Follow-up*

On Wednesday, 12/27/2023, I Sergeant R. Custer was monitoring radio traffic when I heard Unit 43S12, Sergeant M. Carrizales advised of an 18 wheeler slow rolling east bound on the East Freeway in District 3.

I started moving his way in case it turned into a pursuit.  When a pursuit was called and Sergeant Carrizales started asking about spike strips I moved ahead of the slow rolling pursuit and deployed my spike strips just past the Beltway 8 overpass and just past Unit 43Z12, Deputy L. Richardson.  The offender vehicle ran directly over both spike strips further flattening the remaining tires.

I then moved ahead of the pursuit blocking on-ramp traffic during the duration of the pursuit.

End of Supplement.

Investigator Signature                                             Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*          **Case Mng Status:** *NA*                    **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *BAILEY, M. J. (S28132)*                          **Date / Time:** *12/28/2023 08:03:16, Thursday*

**Supervisor:** *CARRIZALES, M. A. (S15455)*      **Supervisor Review Date / Time:** *02/09/2024 10:12:13, Friday*

**Contact:**                                                                **Reference:** *Follow Up Supplement*

---

Investigative Narrative:

On Wednesday December 28, 2023 at approximately 1242 Hours, I, Deputy M. Bailey, Unit 43A26, assisted Harris County Sergeant M. Carrizales, Unit 43S12. Sergeant M. Carrizales advised he was out on a traffic hazard with an 18 wheeler that was driving approximately 5 mph on East Freeway, and Freeport on the east bound main lanes.

I, along with several Harris County Sheriff`s Office Deputies assisted him with trying to get the 18 wheeler driver to stop. Several Deputies attempted to get the driver to stop by using their public announcement system (PA.) The driver refused to stop and proceeded to continue driving. Units attempted to see if the driver needed medical attention.

The driver disobeyed the Deputies command and the traffic hazard was changed to an "evading" call for service. Sergeant M. Carrizales authorized spike strips on the 18 wheeler. Several Deputies deployed spike stripes on the 18 wheeler. The spike stripes were effective where the 18 wheeler driver came to a stop near East Freeway and Sheldon Road. The driver of the 18 wheeler pulled over on the left hand shoulder and refused to exit the vehicle.

Sergeant M. Carrizales advised he needed several Deputies on the west bound main lanes of East Freeway and Magnolia. I, along with several Deputies shut down the main lanes and held the scene until we were advised to open the freeway.

See primary Deputy L. Richardson, Unit 43Z17 report for further details.

Body Camera and dash camera was on and activated at the time of this incident.

End of Supplement.

---

Investigator Signature                                        Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*      **Case Mng Status:** *NA*                    **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *VASQUEZ, D. A. (S29449)*                    **Date / Time:** *12/28/2023 08:03:36, Thursday*

**Supervisor:** *CARRIZALES, M. A. (S15455)*      **Supervisor Review Date / Time:** *02/13/2024 13:07:39, Tuesday*

**Contact:**                                                **Reference:** *Follow Up Supplement*

---

Supplement Narrative:

 On Tuesday, December 26, 2023, at approximately 1303 hours, I, Deputy D. Vasquez, unit 43F13, responded as a backup unit to Sgt. Carrizales, unit 43S12, on his traffic hazard call for service that was located on East Freeway near Freeport Street.

 Sgt. Carrizales advised he was behind a commercial vehicle that was not stopping for him. He advised the commercial vehicle was traveling eastbound at a slow pace. I advanced ahead of the commercial vehicle on the main lanes of the East Freeway near the Cedar Lane Exit. I took the Magnolia exit and got into the westbound main lanes of the East Freeway.

At this time, the commercial vehicle had come to a complete stop in the inside emergency lane of the East Freeway. I positioned my fully marked Harris County Sheriff patrol unit 05645 on the westbound lanes, helping with traffic control by blocking traffic. The westbound lanes were blocked off at approximately 1334 hours and reopened at approximately 1405 hours.

Body Worn Camera was active and in use.

End of supplement.

---

Investigator Signature                              Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *NA*     **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *PEREZ, C. G. (S29440)*     **Date / Time:** *12/28/2023 08:58:47, Thursday*

**Supervisor:** *KLOSTERMAN, T.  (S00036)*     **Supervisor Review Date / Time:** *01/02/2024 14:42:31, Tuesday*

**Contact:**     **Reference:** *Follow Up Supplement*

---

81N12
C. Perez
Crisis Negotiation Team

On December 27, 2023, at 1351 hrs, I Deputy Perez, 81N12 and the Crisis Negotiation Team (CNT) were called out to the 15000 block of East Fwy in reference to an evading suspect in an 18-wheeler that was disabled and the suspect barricaded in the cab of the 18-wheeler.

Harris County CNT arrived and set up the Negotiation Operation Center (NOC) at 15000 East Fwy. While on scene, contact was made with the trucking company dispatch, who were able to give the suspect information, telephone number, and an emergency contact. The suspect was identified as Cutshall, Trinidad, Louisiana, Driver`s License 011829964. The emergency contact was identified as Mr. Cutshall`s ex-wife, who was now estranged, with no in service telephone number.

It was advised by Deputies that Mr. Cutshall had a blank stare and would appear to zone out while attempting to drive and accelerate, but the 18-wheeler was blocked and the tires disabled. Contact was made with Dr. McNeese and Manzer, and details of the case were given. They advised no prior mental health history in Texas.

The LRAD (long-range acoustic device) was used to attempt contact in both English and Spanish. Exit instructions and K-9 announcements were made in both English and Spanish. Mr. Cutshall did not respond to the loud hails. The phone number ( 817-455-7690) given for Mr. Cutshall  and was called 71 times with no answer. Sgt A. Brown made contact with Major Spencer with Richland Parish, and he attempted to locate Mr. Cutshall`s family but was unable to. Real Time Crime Center (RTCC) provided CCH/Rap Sheet, other contact information and family information. Mr. Cutshall was removed from the 18-wheeler by SWAT and CNT took no further actions.

I took no further actions,  end of supplement.

---

Investigator Signature        Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *NA*     **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *FAIURA, N. (S29727)*     **Date / Time:** *12/28/2023 10:05:48, Thursday*

**Supervisor:** *DILLOW, D. R. (S26099)*     **Supervisor Review Date / Time:** *01/02/2024 13:08:54, Tuesday*

**Contact:**     **Reference:** *Follow-up*

---

Nahuel. Faiura
Harris County Sheriff`s Office
Special Weapons and Tactics
Unit No. 81X11

On Wednesday, December 27th, 2023, I, Deputy N. Faiura along with other members of the Harris County Sheriff`s Office Special Weapons and Tactics unit (SWAT), were called out to Barricaded Suspect in a motor vehicle located at 15900 East Freeway Service Road, Channelview, Harris County, Texas. It was reported that a male suspect evaded in a motor vehicle from Deputies and was now barricaded inside the motor vehicle (18-wheeler Truck).

Upon my arrival at the scene, I was assigned to the south side of the freeway, the truck was facing east on the emergency lane closer to the concrete barrier. I was directly south of the truck`s cabin.

After the team exhausted all options with no response from the suspect, a react team moved up to the truck from the front to apprehend the suspect. As the react team were giving the suspect commands, the suspect wouldn`t cooperate and disregarded all commands.

After the team exhausted all options of non-lethal force with no signs of compliance, I observed Sgt. Dillow approach the driver side of the truck by himself so I proceeded to assist him. While attempting to open the driver side of the truck, I observed Deputy Poirier fighting with the suspect inside the cabin and observed the suspect grabbing onto Deputy Poirier. Deputy Garza breached the driver side window and the door was unlocked at that moment, but it could not be fully opened due to the door hitting the concrete barrier that divides the freeway from east and west bound.

I handed my rifle to Deputy Agrait and from the passenger side I reached in the cabin and grabbed the suspect by his shirt. The suspect at the moment was resisting by pulling away from deputies and pushing them away. I observed Deputy Poirier and Deputy Cogburn struggling to pull the suspect out of the cabin.

Shortly after, the suspect placed his right arm in front of him and it had blood and bodily fluids on it. I grabbed him by the forearm area with both of my hands and pulled him out of the cabin to be able to safely detain him. Inside the cabin it was a very confined space not allowing other deputies to assist Deputy Poirier.

There were glass all over the floor board the truck where the suspect was laying and items all over the cabin. Due to not knowing if there were knives or handguns in the cabin we pulled the suspect out and placed him on the ground. While on the ground, I placed my knee on the back of the suspect`s right shoulder blade to keep him from moving as he kept resisting and pulling away from us. While giving him commands, I grabbed his right wrist and brought it to his back where I placed the handcuffs on the suspect.

---

Investigator Signature                    Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*　　**Case Mng Status:** *NA*　　　　　　　　**Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

**Investigator:** *FAIURA, N. (S29727)*　　　　　　**Date / Time:** *12/28/2023 10:05:48, Thursday*

**Supervisor:** *DILLOW, D. R. (S26099)*　　**Supervisor Review Date / Time:** *01/02/2024 13:08:54, Tuesday*

**Contact:**　　　　　　　　　　　　　　　　　　**Reference:** *Follow-up*

The suspect the entire time kept on reaching for his pockets and while searching him we found knives on his pants pockets. Once the suspect was in custody I assisted him to the stretcher where the medical staff was ready to receive him.


End of Supplement

Investigator Signature　　　　　　　　　　　Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*          **Case Mng Status:** *NA*          **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *HERNANDEZ, E. S. (S29352)*          **Date / Time:** *12/28/2023 11:12:03, Thursday*

**Supervisor:** *DILLOW, D. R. (S26099)*          **Supervisor Review Date / Time:** *01/02/2024 13:10:59, Tuesday*

**Contact:**          **Reference:** *Follow Up Supplement*

---

Deputy E. Hernandez
Harris County Sheriff`s Office
Special Weapons and Tactics
Unit No. 81X27


Supplemental Narrative:

On Wednesday, December 27, 2023, I, Deputy E. Hernandez, (81X27), along with other members of the Harris County Sheriff`s Office Special Weapons and Tactics Unit (SWAT), were called out to assist Harris County Sheriff`s District 3 Patrol with a suspect who was barricaded inside an 18 wheeler on a highway, who had a felony warrant for Evading in a Motor Vehicle, located at 15907 East Freeway, in Channelview, Harris County, Texas.

I was assigned as the operator of our Armored Critical Incident vehicle which is referred to as the ROOK. I arrived on scene with the Hydraulic Breaching Ram attached to the front of the ROOK. I positioned the Rook on the passenger side of the suspect`s 18 wheeler. I could hear Crisis Negotiators giving verbal commands to exit the vehicle over the LRAD (Long Range Acoustic Device), suspect was not compliant with verbal commands. I could hear the 18 wheeler`s engine revving and one of the passenger side tire`s spinning.

I was ordered to breach the back right cab window of the 18 wheeler with the Hydraulic breaching ram of the ROOK in order to deploy chemical munitions inside the vehicle to gain suspects compliance. I successfully moved the ROOK into positon and breached the back right passenger cab window using the Hydraulic breaching ram, allowing a SWAT Operator to hand deploy chemical munitions inside the 18 wheeler`s cab.

The chemical munitions did not have desired effect in gaining suspects compliance. SWAT Operators were unable to see the suspects hands or if he had weapons inside the vehicle. I was then ordered to breach and remove the passenger side door of the 18 wheeler in order to gain a better visual of the suspect and his surroundings inside the vehicle. I moved the ROOK into position, breached the passenger side window with the hydraulic breaching ram.

I used the hydraulic breaching ram in a sweeping motion and successfully removed the passenger door of the 18 wheeler, allowing SWAT Operators to gain a better visual of suspect and his immediate surroundings inside the vehicle. Crisis Negotiators continued to give verbal commands to suspect to exit the vehicle, the suspect continued to not comply with verbal commands.

I was then ordered to breach the back right passenger window and create a port in the back portion of the cab in case suspect tried concealing himself. I positioned the ROOK, breached the back right passenger window using the hydraulic breaching ram, and in a sweeping motion successfully created a port on the passenger side of the cab. The port was created to allow SWAT Operators to gain and maintain visual of the inside of the cab from the passenger

---

Investigator Signature                                   Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*      **Case Mng Status:** *NA*                  **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *HERNANDEZ, E. S. (S29352)*               **Date / Time:** *12/28/2023 11:12:03, Thursday*

**Supervisor:** *DILLOW, D. R. (S26099)*      **Supervisor Review Date / Time:** *01/02/2024 13:10:59, Tuesday*

**Contact:**                                             **Reference:** *Follow Up Supplement*

---

side.

The suspect remained in the driver seat of the 18 wheeler. I could still hear the engine of the 18 wheeler revving and one of the back right passenger tires spinning. I was advised a react team of SWAT Operators were going to move into position and deploy less lethal impact rounds to suspect to gain compliance. The react team moved into positon, deployed less lethal impact rounds, the suspect still did not comply with verbal commands.

K-9 deployed dog inside the vehicle, the suspect still did not comply with verbal commands to exit the vehicle. SWAT Operators had to enter the suspects` vehicle to gain control of him. I could not observe what occurred inside the 18 wheeler. I observed SWAT Operators removing suspect from the vehicle to the ground on passenger side. The suspect was still not complying with SWAT Operators by not placing his hands behind his back. After a brief struggle SWAT Operators successfully placed the suspect into custody.

Upon the scene being cleared, medical personnel moved up to provide medical attention to suspect. I was released from the scene shortly after.

No further information.

End of Supplement.

---

Investigator Signature                                    Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *NA*  **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *STEPHENS, D. A. (S29446)*  **Date / Time:** *12/28/2023 11:36:35, Thursday*

**Supervisor:** *KLOSTERMAN, T.  (S00036)*  **Supervisor Review Date / Time:** *01/02/2024 14:44:22, Tuesday*

**Contact:**  **Reference:** *Follow Up Supplement*

---

On Wednesday, December 27, 2023, I, Deputy D. Stephens, unit 81X13 was assigned to the Harris County Sheriff`s Office - Special Weapons and Tactics unit (SWAT). On this day at approximately 1:50 PM, I, along with other SWAT Deputies were activated to respond to the 15900 block of East Freeway, Harris County, Texas, in reference to an 18-wheeler driver who evaded from patrol Deputies and was barricaded inside the cab of the vehicle refusing Deputies verbal commands. See Reference# 782/ CAD Event# 20234243036.

Upon my arrival at the scene, I parked on the west bound service road of the freeway, located just north of the Suspect vehicle. I positioned myself on the freeway main lanes behind a K-9 patrol vehicle just north west of the Suspect vehicle so I could cover the driver side of the cab. While I held cover, additional SWAT units were getting in place and patrol was continuing to give verbal commands over the PA system. I observed the Suspect`s left hand griping the steering wheel and appeared to still be seated in the front driver side seat.

SWAT team members positioned west of the 18-wheeler moved up to clear the trailer while I held lethal cover on the driver side door, keeping visual of the Suspect`s hands. After the B.E.A.R. (Ballistic Engineered Armored Response) vehicle arrived on the scene and set up, members of the Crisis Negotiation Team (CNT) made additional verbal commands and canine warnings over the L.R.A.D. (Long Range Acoustic Device). While commands were being given, I continued to watch the Suspect`s hands gripping the steering wheel and make minimum movements.

It was advised over the radio that a gas plan was being developed in order to drive the Suspect from the vehicle cab. After the ROOK breached the cab and gas was deployed, I lost sight of the Suspect briefly and then he returned to gripping the steering wheel. A entry team was formed along with a canine handler and they moved up to the passenger side of the cab. Myself and Deputy W. Bible collapsed our perimeter and moved up to the drive side door. I observed through the window that the Suspect was fighting with SWAT team members who were inside of the cab with him.

I tried to open the driver side door but the door was locked. Deputy R. Garza approached and breached the driver side window at which time I reached through and opened the driver side door from within. I then utilized medical sheers and cut the front driver side seat belt in two places, on the bottom and another on the top. At the time, I was not wearing a gas mask and began to be effected by the CS contamination within the cab.

Deputy R. Garza who was wearing his gas mask, took my place at the front driver side door to assist getting the Suspect under control and into hand restraints. I then approached the passenger side of the cab where the Suspect had to be removed from the vehicle by force and was placed into hand restraints outside of the vehicle. After the Suspect was placed into custody, he was transferred to EMS. I cleared the scene a short time later.

End of Supplement

---

Investigator Signature  Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *CLEARED BY ARREST*          **Case Mng Status:**  *NA*                    **Occurred:**  *12/27/2023*

**Offense:**  *EVADING ARREST DETENTION*

**Investigator:**  *COGBURN, S. W. (S00697)*                  **Date / Time:**  *12/28/2023 14:18:59, Thursday*

**Supervisor:**  *DILLOW, D. R. (S26099)*      **Supervisor Review Date / Time:**  *01/05/2024 11:51:56, Friday*

**Contact:**                                              **Reference:**  *Follow-up*

Deputy S. Cogburn
Harris County Sheriff`s Office
Special Weapons and Tactics
Unit 81X10

On Wednesday, December 28, 2023, I, Deputy S. Cogburn (Unit 81X10), was assigned to the Harris County Sheriff`s Office Special Weapons and Tactics (HCSO SWAT). At approximately 1258 hours I was notified of by HCSO Deputies of an active pursuit of an 18-wheeler in HCSO District 3 involving D3 Deputies traveling eastbound on Interstate 10 near Beltway 8. I began monitoring the pursuit via radio and gather intelligence pertaining to the call and origination for the traffic stop. I notified my command via text to make them aware of the current event.  The driver of the truck and tractor continued to evade and low speeds until it came to a stop in Interstate 10 traveling eastbound near Sheldon Road. Deputies on scene stated they gave several commands for the driver to exit the vehicle with negative results.

After speaking with my direct command we started to send HCSO SWAT personnel to the location with HCSO Bear (Rescue 1) and HCSO Rook (Rescue 3). I arrived shortly after and began my duties as Team Leader. Several HCSO SWAT deputies began to arrive and we started to relieve HCSO Patrol to form a perimeter around the target location. I immediately began calling of the driver to exit the vehicle over a HCSO Patrol cars PA system with negative response from the driver.  I observed the driver to be a Hispanic male and appeared to be disorientated with all the events and movement around him.

Soon as we had a perimeter at 1505 hours we initiated a small team to move towards the trailer and open the rear doors to check to cargo. The movement was completed and I observed the entirety of the trailer to not have any cargo or occupants. I small team and I then relocated to Rescue 1 and moved into position directly in front of a the suspect vehicle at 1516 hours. From this position we continued to call for the suspect to exit the vehicle of the long range acoustic device (LRAD) mounted on Rescue 1 which was directly in front of the suspects` position. We again observed no movement or communication with the driver who continued to disregard commands to exit the vehicle.

One (1) 40mm OC Ferret was then shot from the position of Rescue 1 into the front windshield and passenger seat of the suspects` vehicle at 1523 hours. The chemical agent seemed to have no effect at this time as the driver continued to look down the highway as if he was still driving the 18-wheeler. A second 40mm CS Ferret was then shot into the same positon of the suspects` vehicle at 1527 hours which did not penetrate the front windshield.

HCSO SWAT continued to give commands over the LRAD in English and Spanish with continued negative results. A gas plan was developed to have HCSO ROOK penetrate the passenger side sleeper cab window to gain access for a CS Tri-Chamber to be deployed in this specific window. The movement was completed and a successful deployment of the CS Tri-Chamber was completed at 1535 hours. The CS seemed to have very minimal effects on the suspect and was not reaching its desired effects. Due to my time as assigned to SWAT and my experience I

Investigator Signature                                    Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *NA*  **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

**Investigator:** *COGBURN, S. W. (S00697)*  **Date / Time:** *12/28/2023 14:18:59, Thursday*

**Supervisor:** *DILLOW, D. R. (S26099)*  **Supervisor Review Date / Time:** *01/05/2024 11:51:56, Friday*

**Contact:**  **Reference:** *Follow-up*

have seen this type of reaction on mentally ill and suspects under the influence of drugs or alcohol in the past. I then requested the HCSO Rook to move into position and remove the passenger side front door of the tractor due to SWAT Operators having a very limited view of the suspect and to gain the ability for SWAT operators to gain access to the suspect in order to place in custody.

The HCSO Rook was able to move into position and successfully breach and removed the passenger side door and breached the rear passenger sleeper cabin at 1538 hours. I plan was developed to take a small team with K9 and less lethal in an attempt to place the suspect into custody. The small team moved into position and I observed the suspect looking straight with both his hands in his lap and covered by a sweater of some type which caused us to be unaware if the suspect was armed.

Several verbal commands were given for the suspect to show us his hands with negative results. HCSO SWAT deputies then deployed multiple 40mm less lethal rounds, striking the suspect. The suspect continued to disobey commands to exit the vehicle and HCSO SWAT K9 Deputy Marshall deployed K9 Timon. K9 Timon had a successful bite on the suspect and HCSO SWAT deputies then had to enter the cab on the tractor in an attempt to place the suspect into custody,

I entered the cab through the passenger door and observed the male suspect screaming and grabbing deputies he placed their hands on him in an attempt to gain control. At one point I observed the male suspect place his hands on several pocket knives which were clipped onto his right pants pocket. I called out the male was reaching for a knife and was able to squeeze his hand while he was attempting to grab the items and gain control. I was then able to remove the knives while other deputies held his arms and throw them onto the dash, out of the suspects reach.

The male suspect continued to fight and resist SWAT deputies removing his from the cab of his truck. I was able to eventually maneuver the suspect onto the passenger seat and grab a hold of the rear of his waistline and pick the male up and remove him from the interior of the cab with the assistance of several deputies and several other deputies awaiting him outside the cab. Once the male exited the cab I observed his to continue to fight with SWAT deputies and attempted to bite myself and other deputies while placing him into custody. The male suspect was placed into custody at 1559 and I immediately called for EMS to approach to check the welfare of the male suspect who had visible injuries and bleeding.

A debrief of the operation was completed on location and all HCSO SWAT equipment was gathered on scene.

End of supplement.

Investigator Signature  Supervisor Signature

*Harris County Sheriff`s Office*

OCA : **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*      **Case Mng Status:** *NA*                    **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *VILLARREAL, J.  (S28048)*                **Date / Time:** *12/28/2023 14:29:57, Thursday*

**Supervisor:** *CARRIZALES, M. A. (S15455)*      **Supervisor Review Date / Time:** *02/09/2024 10:11:18, Friday*

**Contact:**                                                      **Reference:** *Follow-up*

---

On Thursday, December 28, 2023 at approximately 0911 hours, I, Deputy J. Villarreal, Unit 43F12 responded to follow up investigation at the storage lot located at 6125 Industrial Way.  Sgt. M. Carrazales, Unit 43S12 asked me to conduct a more through inventory of the tractor cab area due to the CS gas used by SWAT members yesterday making it difficult breath inside.

I arrived around 0949 hours and asked staff for access to the vehicle.  I was allowed onto the yard. Inside the vehicle I discovered a brown wallet above the driver seat in a cab pocket with a Louisiana driver`s license number 011829964 and other identifying cards.  The rest of the cab area was articles of clothes, back packs, baby diapers, wipes, game consoles, lap top, DVD`s, over the counter medicine, no prescription drugs visible, two vape pens, tool sets, microwave, microwavable foods and $20.00 bill inside wallet.

I collected the wallet and transported it to Ben Taub Hospital to pass on to Deputy W. Eldreth, Unit 43D10.  Deputy Eldreth was guarding Mr. Cutshall while he was being treated at the hospital.

Around 1109 hours I arrived at Ben Taub Hospital and met with Deputy Eldredth.  He was handed Mr. Cutshall`s wallet.

End of supplement.

---

Investigator Signature                                          Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*      **Case Mng Status:** *NA*                    **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *MARSHALL, C. R. (S27922)*                **Date / Time:** *12/28/2023 14:47:20, Thursday*

**Supervisor:** *MOORE, C. M. (S26845)*      **Supervisor Review Date / Time:** *12/28/2023 14:50:29, Thursday*

**Contact:**                                   **Reference:** *Follow-up*

---

Deputy C. Marshall
Harris County Sheriff`s Office
Unit 81K11/Pid 04654
Canine Division

Narrative:

On Thursday, December 28, 2023, I, Deputy C. Marshall, Unit # 81K11 and canine partner "Timon" were assigned to the Harris County Sheriff`s Office, Homeland Security Bureau, Field Support Section. At approximately 1447 hours, I contacted the Harris County Animal Control and spoke with Liz. The canine contact was reported and I was given a bite case number of 2312-151366.

End of supplement.

Investigator Signature                          Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*          **Case Mng Status:** *NA*                    **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *CARRIZALES, M. A. (S15455)*                          **Date / Time:** *12/28/2023 15:20:46, Thursday*

**Supervisor:** *CARRIZALES, M. A. (S15455)*     **Supervisor Review Date / Time:** *01/25/2024 13:27:24, Thursday*

**Contact:**                                              **Reference:** *Follow-up*

---

On Wednesday, December 27, 2023, I, Sergeant M. Carrizales (Unit 43S12), was assigned to Dayshift in the South District of Harris County.  At approximately 1242 hours, I, was traveling eastbound in the 13700 block frontage road of East Fwy., in Houston, TX, 77015, when I observed a tractor trailer disabled in moving lane of traffic, as I was approaching the vehicle I observed the vehicle driving very slowly. I positioned my marked patrol vehicle directly behind the right rear of the tractor trailer, so the driver could see my emergency equipment was activated.

I observed said vehicle to be a gray 2022 International LT, bearing Texas Tags of R543-282, with VIN # 3HSDZAPR2NN584120 and towing a van trailer, bearing Maine Tags of 27317E, with VIN # 1JJV532D8LL164132.

The driver continued driving eastbound in lane number four at a slow rate of speed, approximately five (5) miles an hour. I stayed behind the tractor trailer, while using my horn and sirens to get the driver to stop. The driver refused to pull over and in fear that the driver was experiencing a medical emergency or under the influence of narcotics or alcoholic beverage(s), I requested a unit to check by.

Deputy J. Villarreal (Unit 43F12) arrived on scene, were we attempted to get the drivers attention by flanking him and using our public announcement system (PA). As I approached the driver side door, the driver acknowledge my presence by looking down at my patrol vehicle, but then continued to look forward.

Several Units arrived to assist in stopping the vehicle, which were: Deputy M. Bailey (43A26), Deputy J. Villarreal (43F12), R. Holley (43F18), L. Richardson (43Z12), and M. Cirlos (Unit 43Z17).

Lt. D. Calhoun (43L20) authorized the usage of stop sticks to disabled the tractor trailer tires. Deputy J. Villarreal safely went around the tractor trailer and deployed his stop sticks (see his supplement report), which made good contact. Sgt. R. Custer (43S18) and Deputy L. Richardson (43Z12) deployed their stop sticks (see their supplement report), which also made good contact.

The driver continued to travel eastbound in lane 2 at approximately five (5) mph., after striking all three strip sticks, we noticed several of the tires began to deflate. The suspect veered onto the inside shoulder, where he continued to drive in, until the right passenger rim turned into the fender well disabling the tractor trailer and van trailer. The tractor and van trailer became disabled in the 15900 block of East Fwy., in Channelview, TX.

Upon becoming disabled, the driver refused to exit his vehicle after several attempts through the PA system.

Units were unable to approach the tractor trailer, due to the driver accelerating his engine, causing the tires to spin. The tractor trailer seemed to be in gear and the rear tires were smoking. In fear of a deputy getting seriously injured. Lt. Calhoun authorized the use of 40 mm Less-Lethal Launcher in an attempt to break the front passenger window, so we could see inside the cab of the tractor trailer.

---

Investigator Signature                              Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *NA*    **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *CARRIZALES, M. A. (S15455)*    **Date / Time:** *12/28/2023 15:20:46, Thursday*

**Supervisor:** *CARRIZALES, M. A. (S15455)*    **Supervisor Review Date / Time:** *01/25/2024 13:27:24, Thursday*

**Contact:**    **Reference:** *Follow-up*

---

Deputy P. Batton discharged his 40 mm Less-Lethal Launcher approximately four (4) times at the passenger window, with negative effect. Deputy R. Holley also attempted to break the passenger window with his 40 mm Less-Lethal Launcher approximately two (2) times, with negative effect.

Upon noticing the 40 mm was not effective and unable to get the driver to exit the tractor trailer, I contacted Watch Command, who was provided with the merits of this incident. Watch Command was able to get me in contact with Lt. B. Buccini (81L13), who was also provided with the merits of this incident. Lt. Buccini advised SWAT would make the scene.

Upon SWATs arrival the scene was released to them. The suspect received injuries, due to the actions of SWAT and K9. Please refer to their Use of Force (Blue Team).

Sheriff Ed Gonzalez (Unit 1) - made the scene
Major J. Nanny (Unit 15) - made the scene
Lt. D. Calhoun (Unit 43L20) - made the scene

My body worn camera and in-dash camera were activated during this incident. Both videos can be located in the Polaris system.

---

Investigator Signature    Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *NA*          **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *ELIZONDO, M.  (S00059)*                **Date / Time:** *12/29/2023 10:19:36, Friday*

**Supervisor:** *CARRIZALES, M. A. (S15455)*     **Supervisor Review Date / Time:** *02/09/2024 10:11:37, Friday*

**Contact:**                                         **Reference:** *Follow Up Supplement*

---

SUPPLEMENT NARRATIVE

M. ELIZONDO, DEPUTY, UNIT 50D13
HARRIS COUNTY SHERIFF`S OFFICE
VEHICULAR CRIMES DIVISION
COMMERCIAL VEHICLE ENFORCEMENT UNIT

On Wednesday, December 27, 2023, I, Deputy M. Elizondo, Unit 50D13, was assigned to the Commercial Vehicle Enforcement Unit of the Harris County Sheriff`s Office, Vehicular Crimes Division.

At approximately 1246 hours, I went enroute to the East Fwy and E Sam Houston Parkway area, due to Sergeant M. Carrizales, Unit 43S12, requesting a DOT Unit for an 18 wheeler which was stopped on the main lanes of the East Fwy and was a possibly a traffic hazard.  While on the way to the East Fwy, Sgt Carrizales advised over the county radio, that the 18 wheeler began to travel at a very low rate of speed east bound and was approaching Beltway 8.  The driver at that point was refusing to stop for deputies.  Upon my arrival in the area, I parked by patrol vehicle on the connecting ramp of the Beltway onto the East Fwy and blocked that traffic from coming onto the East Fwy, due to the 18 wheeler along with several units behind following.  The company on the truck was Design transportation USDOT#486924 out of Dallas, Texas.

At this point the 18 wheeler`s tires had been spiked and was still traveling east with the front tires flat.  I exited my vehicle and stayed at a safe distance signaling to the driver, with my hands to stop, but the driver just continued to look forward and drive past.  I then got back into my vehicle and stopped all east bound main lane traffic near the Sheldon Rd exit.  I stayed at this location during the rest of this incident.

I had contacted Deputy Ticas, Unit 50D17, who is also a commercial vehicle enforcement deputy and advised him of the situation.  He was able to make contact with someone at the company and provided possible driver name as Trinidad Cutshall, LA CDL#011829964.  Also provided cellphone # 817-455-7690.  Once the truck was stopped I attempted to call the cellphone, but the call would just ring with no answer.

Once the driver was detained, the scene was clear, and I was advised to open up the main lanes of the East Freeway, I left the area and no further actions were taken by this deputy.

End of supplement.

---

Investigator Signature                         Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *NA*                **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

**Investigator:** *BATTON, P. R. (S29362)*                **Date / Time:** *12/29/2023 10:22:52, Friday*

**Supervisor:** *CARRIZALES, M. A. (S15455)*    **Supervisor Review Date / Time:** *12/29/2023 10:23:05, Friday*

**Contact:**                **Reference:** *Follow Up Supplement*

Deputy P. Batton
District 3/ 43Z10
Crime Reduction Unit

I, Deputy P. Batton, Unit 43Z10, am currently assigned to the Harris County Sheriff`s Office Crime Reduction Unit in District 3.

On Wednesday, December 27, 2023, I was assisting in a pursuit of a tractor truck who was refusing to stop. While in route I was notified via radio the tractor truck had lost its front tires and had crashed into the center median.

I arrived on scene and positioned my patrol vehicle in a tactical advantage point surrounding the tractor truck. I assisted in containing the perimeter and relaying any movements the driver made, while deputies attempted to make contact with him and get him to exit the vehicle.

It was observed the driver was still actively trying to drive the tractor truck accelerating and shifting gears. The driver was showing no signs of acknowledgment that we were on scene of that he was trying to communicate with us.

It was unknown if the driver had any weapons or harmful devices in the vehicle and was waiting for us to approach which had been seen over and over in many police incidents. After several minutes of no response or change of action from the driver I was then authorized by Lieutenant D. Calhoun, 43L20, and Sergeant M. Carrizales, 43S12, to utilize my County Issued 40 MM Less- Lethal Launcher which was loaded with 400 mm direct impact marking rounds.

I discharge one round which struck the front passenger windshield of the tractor truck with no reaction from the driver. I was authorized to continue to utilize my 40 MM Less- Lethal Launcher to get the driver`s attention or get him to exit the vehicle. I discharged two more rounds at the front passenger window with little to no reaction from the driver.

I then used one of Deputy R. Holley`s 400 Direct Impact Marking rounds to discharge one last round to the passenger window which still did not get a reaction out of the driver.

I continued to hold the perimeter as Harris County SWAT was called to the scene and took over. Once SWAT team members made it to my post I was relieved and returned to the Command Post with no further involvement in the incident.

Body Worn Camera and Dash Camera where utilized during this incident.

Investigator Signature                Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *NA*          **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

**Investigator:** *BATTON, P. R. (S29362)*          **Date / Time:** *12/29/2023 10:22:52, Friday*

**Supervisor:** *CARRIZALES, M. A. (S15455)*     **Supervisor Review Date / Time:** *12/29/2023 10:23:05, Friday*

**Contact:**          **Reference:** *Follow Up Supplement*

End of Supplement.

Investigator Signature          Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*          **Case Mng Status:** *NA*                    **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *LUNA, J. A. (S28871)*                               **Date / Time:** *01/01/2024 12:58:50, Monday*

**Supervisor:** *DILLOW, D. R. (S26099)*          **Supervisor Review Date / Time:** *01/03/2024 18:16:54, Wednesday*

**Contact:**                                               **Reference:** *Follow-up*

---

Deputy J. Luna
81X26
Special Weapons and Tactics

On Wednesday December 27, 2023, I, Deputy J. Luna, was dispatched to the 15907 block of East Freeway in reference to a barricaded subject.

I arrived on scene operating the Ballistic Engineered Armored Response vehicle. I handed over operational duties of the B.E.A.R to flood control deputies per Sergeant Dillows orders. I immediately deployed to the primary reaction team to assist in clearing the cargo trailer of the semi-truck and trailer.

After clearing the truck trailer safe I was told by Deputy Cogburn to position myself on the passenger side of the vehicle along with Deputy Garza. I remained there until I was advised by Sergeant Khloserman that I would be deploying a flameless Tri-Chamber CS canister in to the vehicle.

Deputy Garza, Deputy Eta and I positioned ourselves on the passenger side of the semi-truck and waited for the Rook to break the rear passenger window of the semi-truck. Deputy Garza and Deputy Eta held lethal cover while I hand deployed a single flameless Tri-Chamber CS canister, by placing it into the rear passenger side of the semi-truck.

I was then ordered by Sergeant Dillow to position myself on the rear side of the B.E.A.R while the primary reaction team approached the suspect. I remained on scene and assisted with sanitizing deputies that were cut by glass from the semi-truck.

End of supplement.

---

| Investigator Signature | Supervisor Signature |
|---|---|

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *CLEARED BY ARREST*  **Case Mng Status:**  *NA*  **Occurred:**  *12/27/2023*

**Offense:**  *EVADING ARREST DETENTION*

---

**Investigator:**  *NGUYEN, L. Q. (S00898)*  **Date / Time:**  *01/02/2024 10:26:50, Tuesday*

**Supervisor:**  *DILLOW, D. R. (S26099)*  **Supervisor Review Date / Time:**  *01/05/2024 05:24:55, Friday*

**Contact:**  **Reference:**  *Follow-up*

---

Deputy L. Nguyen
Harris County Sheriff`s Office
Special Weapons and Tactics
Unit 81X16

SUPPLEMENT: 2312-09920
On Wednesday, December 27, 2023, I, Deputy L. Nguyen (Unit 81X16) was assigned to the Harris County Sheriff`s Office Special Weapons and Tactics Unit (HCSO SWAT). At approximately 13:45 hours, I received a callout in reference to a barricaded suspect in an 18 wheeler located at 15907 East Freeway in Channelview, Harris County, Texas.

Upon arrival I made my way towards the scene and spoke to Sergeant M. Carrizales (Unit 43S12) who stated that he was involved in a slow pursuit with the 18 wheeler. He stated that they deployed stop sticks in order to disable the vehicle which appeared to be effective. I observed the 18 wheeler to be stopped. I noticed the driver to continuously step on the gas and spin the tires.

Once additional team members arrived on scene I redeployed as a marksman unit and made my way to a walking bridge approximately 480 yards directly east of the 18 wheeler. From this position I observed the driver with both hands on the steering wheel and staring straight ahead. The driver appeared to not react to any commands being given.

The BEAR (Ballistic Engineered Armored Response) arrived on scene and positioned directly in front of the 18 wheeler which took my position out of play.

I then repositioned to a business just south of the 18 wheeler approximately 78 yards away. From this position I observed the driver continuing to do the same as before. I then observed The Rook removing the passenger door. Throughout the incident I was able to observe the drivers left hand but could not see his right hand as he kept covering it between the seats. I then observed the react team make its way towards the passenger side of the 18 wheeler. As the team arrived I repositioned my rifle to avoid flagging any team members. I was not able to observe any actions after this.

End of Supplement.

---

Investigator Signature  Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** *NA* | **Occurred:** *12/27/2023* |
| **Offense:** | *EVADING ARREST DETENTION* | | |

| | | |
|---|---|---|
| **Investigator:** | *MARTINEZ, Y. (S28527)* | **Date / Time:** *01/02/2024 11:47:49, Tuesday* |
| **Supervisor:** | *DILLOW, D. R. (S26099)* | **Supervisor Review Date / Time:** *01/02/2024 13:15:06, Tuesday* |
| **Contact:** | | **Reference:** *Follow Up Supplement* |

Deputy Y. Martinez
Harris County Sheriff`s Office
Special Weapons and Tactics
Unit 81X27

SUPPLEMENT: 2312-09920

On Wednesday, December 27, 2023, I, Deputy Y. Martinez (Unit 81X27) was assigned to the Harris County Sheriff`s Office Special Weapons and Tactics Unit (HCSO SWAT). At approximately 13:45 hours, I received a callout in reference to a barricaded suspect in an 18 wheeler located at 15907 East Freeway in Channelview, Harris County, Texas.

While on the way to the scene, I coordinated with Deputy L. Nguyen to deploy as a marksman. I deployed on a walking bridge at the intersection of the East Freeway Service Road and Crockett Street, approximately 480 yard east of the scene.

I was able to see the 18 wheeler stalled out along the main lanes of East Freeway. I could see the driver seated in the driver`s seat, not moving. The Ballistic Engineered Armored Response vehicle (BEAR) arrived on scene and positioned itself directly in front of the 18 wheeler, with a marksman in the turret.

I repositioned myself south of the scene, at the "Auto Max" business located at 15932 East Freeway Service Road. I was able to get a clear view of the driver, who was still in the driver`s seat. Later, the ROOK armored vehicle took out the right passenger side door and back right window of the cab.

I was able to get a clearer view of the interior of the vehicle and of the driver. I saw the driver repeatedly place his right hand down to his right side between the seats.

Eventually, the react team was able to move towards the cab and I had to get off the scope to prevent flagging my team members. I was not able to get of view after this due to the distance from the scene.

End of Supplement.

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*          **Case Mng Status:** *NA*                    **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *KLOSTERMAN, T. (S00036)*                    **Date / Time:** *01/02/2024 13:11:55, Tuesday*

**Supervisor:** *DILLOW, D. R. (S26099)*          **Supervisor Review Date / Time:** *01/02/2024 13:56:50, Tuesday*

**Contact:**                                        **Reference:** *Follow Up Supplement*

---

Sergeant Todd Klosterman
Harris County Sheriff`s Office
Special Weapons and Tactics


On Wednesday, December 27, 2023, at approximately 1350 hours, HCSO SWAT was requested to respond to a barricaded subject in or about the 15900 block of the East Freeway, in Harris County, Texas. HCSO District 3 Patrol attempted to stop an 18-wheeler traveling east on the East Freeway. The large truck refused to stop and eventually became disabled on the inside eastbound lane of the freeway, and the driver refused to exit and surrender, and barricaded inside.

HCSO SWAT arrived on location and established a perimeter around the truck. The engine of the truck was running and one wheel of the rear tandem axle of the tractor portion of the truck was spinning, which indicated the truck was in gear. The spinning wheel caused the tire, which was stationary, to smoke and emit a burning smell. The front right tire of the tractor was flat and appeared to be partially off the wheel rim. A male subject inside the truck could be seen sitting in the driver`s seat and appeared to attempt to continue driving. The engine of the truck, at times, would rev and the wheel spun faster causing more smoke, which created a potential fire hazard.

SWAT personnel deployed a small team to the trailer to open the doors and verify there were no people inside; only a small amount of cargo was observed. The BEAR was positioned in front of the truck, with a Long Range Acoustic Device (LRAD) attached. A HCSO Crises Negotiator hailed to the male subject inside the truck and ordered him to exit numerous times, but the subject was non-compliant.

The subject refused all verbal commands, and it was apparent he would not obey and surrender. Two 40mm ferret CS munitions (2-chlorobenzalmalononitrile) were deployed into the passenger windshield of the truck. The deployment of these munitions were intended to create an uncomfortable environment inside the cab of the truck and cause the male to exit and surrender. The two 40mm CS munitions appeared to have very little effect and the subject did not exit, nor did he give indication he would. The HCSO SWAT ROOK ported the right-rear window of the sleeper cab of the truck and a CS Tri-chamber chemical munition was deployed inside. The CS Tri-chamber emits a large concentration of CS, and was intended to saturate the cab and cause the male to exit and surrender. Although it appeared the gas had some effect, given that the male subject was observed coughing and moving around the truck, he did not comply with commands and would not exit the truck and surrender.

HCSO SWAT was unable to prompt the male subject to exit and surrender by verbal commands, nor by introducing chemical agents into the cab. Next, the ROOK was used to remove the passenger door of the semi and expose the driver`s body. This was necessary to gain a tactical advantage for SWAT personnel who were preparing to approach the truck. Also, the rear passenger portion of the sleeper of the cab was opened using the ROOK for the same purpose. After the passenger door was removed, the subject`s body could be seen almost in entirety. This afforded SWAT the ability to get a better look inside and observe potential hazards, such as firearms or edged weapons the male may be holding as SWAT approached. A team of HCSO SWAT personnel approached the open passenger side area and deployed 40mm specialty impact munitions on the subject. The impact munitions were deployed to gain compliance, with commands, to exit the truck and surrender, but the subject still refused.

---

Investigator Signature                    Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *NA*    **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *KLOSTERMAN, T. (S00036)*    **Date / Time:** *01/02/2024 13:11:55, Tuesday*

**Supervisor:** *DILLOW, D. R. (S26099)*    **Supervisor Review Date / Time:** *01/02/2024 13:56:50, Tuesday*

**Contact:**    **Reference:** *Follow Up Supplement*

---

HCSO SWAT and K-9 resorted to physically removing the male from the truck. The large openings created by the ROOK helped to visually confirm the male was not holding a deadly weapon at the specific moment physical contact was initiated. An HCSO K-9 was deployed though the passenger door area and made contact with the subject, who was seat belted in the driver`s seat. I, and another SWAT member, entered the truck through the sleeper cab opening and tried to forcefully remove the subject from the truck. The subject grabbed on to various parts of the interior of the truck to keep from being pulled out. SWAT cut the seatbelt and continued to try and pull the subject out of the truck through the passenger opening. During the struggle, the subject grabbed the arm of a SWAT team member and the member yelled out for the subject to let go, which indicated the subject was causing the SWAT member pain. I observed the SWAT member deliver closed fist strikes, for what appeared to me, to try and stop the male from injuring the SWAT member, whose arm he was grabbing. Given the behavior of the male throughout the incident, the possibility of the subject being under the influence of some type of substance which enhanced strength and dulled pain was likely, and the subject could have possessed a potential to physically harm SWAT personnel as they tried to take him into custody. The subject did not release the arm of the SWAT member, and I delivered three hammer fist strikes to the face of the subject, which appeared effective as the male released the arm of the SWAT member and grabbed mine. I did not feel pain and did not deliver further strikes. I observed the subject appeared to be anchoring his legs to the dash and driver`s seat. The subject`s legs were lifted onto the seat which freed him from his anchor point.

The subject was eventually pulled from the truck and restrained by SWAT. Channelview EMS was brought up and the subject was escorted to an ambulance, and then to a hospital. No SWAT personnel sustained injury during this incident. The scene was turned over the HCSO District 3 Patrol.

---

Investigator Signature                    Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*      **Case Mng Status:** *NA*      **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *DILLOW, D. R. (S26099)*      **Date / Time:** *01/04/2024 14:23:41, Thursday*

**Supervisor:** *DILLOW, D. R. (S26099)*      **Supervisor Review Date / Time:** *01/05/2024 13:08:31, Friday*

**Contact:**      **Reference:** *Follow-up*

---

Sergeant Donald Dillow
Harris County Sheriff`s Office
Special Weapons and Tactics

On Wednesday, December 27, 2023, at approximately 1350 hours, HCSO SWAT was requested to respond to a subject that was barricaded in the cab of an 18 wheeler, which was stopped in the 15900 block of the East Freeway, in Harris County, Texas.

HCSO District 3 Patrol attempted to stop an 18-wheeler traveling east on the East Freeway. The truck refused to stop and only stopped after becoming disabled on the inside eastbound lane of the freeway. The driver refused to exit the vehicle.

I arrived on scene and checked in at the command post. Lt Buccini advised me to form an arrest team and stage in the BEAR ( armored vehicle assigned to SWAT).

Once the BEAR arrived, I entered the back of it with several other SWAT members. The BEAR was moved onto the freeway and positioned with the front bumper near the front bumper of the 18-wheeler.

Once in position, I could hear the 18-wheeler`s engine revving and saw on the of back passenger side tire was flat rim was spinning, causing it to smoke. I also saw the front right tire of the
tractor was flat and appeared to be partially off the wheel rim.

I saw the suspect sitting in the driver`s seat and he was starring straight in front of him. He did not acknowledge our presence or focus on us. The suspect was holding the steering and appeared that he thought he was driving the truck.

The Long Range Acoustic Device was mounted to the BEAR and a member of the Crisis Negotiation Team utilized the LRAD to announce of presence and made commands for the suspect to exit the vehicle. The announcements were done in English and Spanish.

After some time passed, chemical munitions were deployed through the front windshield and the male did not show any signs the chemicals had much effect on him. The male continued to hold the steering wheel and appeared that he believed he was driving the truck.

The HCSO SWAT ROOK ported the passenger window of the sleeper cab of the truck and
a CS Tri-chamber chemical munition was deployed inside. The CS Tri-chamber had little effect on the suspect. The suspect entered the sleeping area of the cab and shortly returned to the driver`s seat and gripped the steering

---

Investigator Signature                    Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *NA*                    **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *DILLOW, D. R. (S26099)*                        **Date / Time:** *01/04/2024 14:23:41, Thursday*

**Supervisor:** *DILLOW, D. R. (S26099)*     **Supervisor Review Date / Time:** *01/05/2024 13:08:31, Friday*

**Contact:**                                              **Reference:** *Follow-up*

---

wheel like he was driving the vehicle.

Next, the ROOK was used to remove the passenger door of the truck to expose the driver`s body and give him an easier way of exiting the truck. The suspect still did not exit.

A small element of SWAT Deputies approached the opened passenger side of the vehicle and deployed 40 MM Less Than Lethal impact rounds. The suspect still did not follow commands to exit and the rounds did not appear to have any effect on the suspect.

A HCSO K9 was deployed into the cab of the truck and bit the male. I heard deputies yelling commands for the suspect to exit. He refused the commands and appeared to try to push to K9 off of him.

I went to the driver`s side of the vehicle and found the driver`s door was locked. I then went back to the passenger side and saw deputies pulling the male out of the truck through the passenger door. The male was resisting and wedging his legs and trying to hold onto the truck. I helped pull the male out and he fell to the ground. He tried to stand up and also placed his hands under his body. I placed my knee near the lower portion of his back to stop him from trying to get up. I also helped place handcuffs on him.

Once he was handcuffed, EMS arrived to us and I assisted with placing him on the gurney.

End of report.

Investigator Signature                         Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *CLEARED BY ARREST*          **Case Mng Status:**  *NA*                          **Occurred:**  *12/27/2023*

**Offense:**  *EVADING ARREST DETENTION*

| | |
|---|---|
| **Investigator:**  GARZA, R. I. (S28166) | **Date / Time:**  *01/06/2024 20:58:27, Saturday* |
| **Supervisor:**  KLOSTERMAN, T.  (S00036) | **Supervisor Review Date / Time:**  *01/07/2024 18:09:01, Sunday* |
| **Contact:** | **Reference:**  *Follow-up* |

Deputy R. Garza
Harris County Sheriff`s Office
Special Weapons and Tactics
Unit No. 81X17

On Wednesday, December 27, 2023 I, Deputy R. Garza, (81X17), along with other members of the Harris County Sheriff`s Office Special Weapons and Tactics Unit (SWAT), were activated to assist District 3 Deputies with a barricaded subject at 15907 East Freeway in Houston, Harris County, Texas.

I arrived on scene and met with Deputy L. Nguyen who was located at the rear passenger side of the suspect`s vehicle an eighteen wheeler (tractor-trailer). Deputy Nguyen and I used a patrol car for cover while in this position. I observed the suspect`s vehicle rear wheels spinning inside of the tire which indicated that it was still in gear.

Deputy Nguyen repositioned as a sniper element and shortly after I was met with Deputy J. Luna and L. Eta. While on scene I heard multiple commands for the driver to step out of the vehicle but no response from the driver was made.

Once the BEAR was positioned in front of the eighteen wheeler I heard commands through the LRAD for the suspect to surrender and exit the vehicle with negative results from the driver. CS ferrets were deployed from the bear into the suspect`s but did not have any effect on the driver. Deputy Eta, Deputy Luna and myself used the ROOK as cover to deploy one CS tri-chamber into the rear cab window of the suspect`s vehicle. I provided cover to Deputy Luna as he deployed the tri-chamber.

I made my way to the front of the BEAR that was located in front of the suspect`s vehicle. A plan was made to extract the suspect out of the vehicle. I was assigned to the driver side of the suspect`s vehicle as a secondary breach point if needed.

Once deputies entered the suspect vehicle Sergeant D. Dillow informed us that the suspect was not being compliant. I breached the driver side window with a sledge hammer by striking the corner of the window near the door frame. I entered the suspect vehicle and observed the suspect refusing to release is hands that were tucked near is waist-band. Deputy N. Poirier was able to secure the suspect`s hands as I took hold of the suspect`s legs to help guide him out of the vehicle.

Once other deputies took hold of the suspect I shut the vehicle off. I made my way outside of the vehicle and assisted the suspect onto his vehicle and escorted him to medical personnel.

This scene was released to District three Deputies without further incident.

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*　　　**Case Mng Status:** *NA*　　　**Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *GARZA, R. I. (S28166)*　　　**Date / Time:** *01/06/2024 20:58:27, Saturday*

**Supervisor:** *KLOSTERMAN, T.  (S00036)*　　　**Supervisor Review Date / Time:** *01/07/2024 18:09:01, Sunday*

**Contact:**　　　**Reference:** *Follow-up*

---

No other information.
END of Supplement.

Investigator Signature　　　　　　Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *NA*     **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

**Investigator:** *POIRIER, N. P. (S00900)*     **Date / Time:** *01/08/2024 09:25:32, Monday*

**Supervisor:** *DILLOW, D. R. (S26099)*     **Supervisor Review Date / Time:** *01/08/2024 10:08:56, Monday*

**Contact:**     **Reference:** *Follow-up*

Deputy N. Poirier
Harris County Sheriff`s Office
Special Weapons and Tactics
Unit 81X15

ADDITIONAL INFORMATION SUPPLEMENT:

While inside the cab of the truck, I struck the suspect 4-5 times with a closed fist on his head and face area.

See original supplement for further information.

End of supplement

Investigator Signature     Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *NA*  **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *LUNA, J. A. (S28871)*  **Date / Time:** *01/09/2024 18:46:40, Tuesday*

**Supervisor:** *DILLOW, D. R. (S26099)*  **Supervisor Review Date / Time:** *01/09/2024 18:47:16, Tuesday*

**Contact:**  **Reference:** *Follow-up*

---

Deputy J. Luna
81X26
Special Weapons and Tactics

On Wednesday December 27, 2023, I, Deputy J. Luna, was dispatched to the 15907 block of East Freeway in reference to a barricaded subject.
 I arrived on scene operating the Ballistic Engineered Armored Response vehicle. I handed over operational duties of the B.E.A.R to Deputy Bailey per Sergeant Dillows orders. I immediately deployed to the primary reaction team to assist in clearing the cargo trailer of the semi-truck and trailer.

After clearing the truck trailer safe I was told by Deputy Cogburn to position myself on the passenger side of the vehicle along with Deputy Garza. I remained there until I was advised by Sergeant Klosterman that I would be deploying a flameless Tri-Chamber CS canister in to the vehicle.

Deputy Garza, Deputy Eta and I positioned ourselves on the passenger side of the semi-truck and waited for the Rook to break the rear passenger window of the semi-truck. Deputy Garza and Deputy Eta held lethal cover while I hand deployed a single flameless Tri-Chamber CS canister, by placing it into the rear passenger side of the semi-truck. The Tri-Chamber CS canister was deployed in the rear cabin of the semi-truck to deny him area in the semi truck and cause him discomfort for his peaceful surrender. The suspect had several different ways to exit the semi-truck. I was advised over the radio the gas had minimal effect on the suspect.

I was then ordered by Sergeant Dillow to position myself on the rear side of the B.E.A.R while the primary reaction team approached the suspect. I remained on scene and assisted with sanitizing deputies that were cut by glass from the semi-truck.

 End of supplement.

---

Investigator Signature                    Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *NA*    **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *COGBURN, S. W. (S00697)*    **Date / Time:** *01/10/2024 09:29:50, Wednesday*

**Supervisor:** *DILLOW, D. R. (S26099)*    **Supervisor Review Date / Time:** *01/10/2024 14:05:00, Wednesday*

**Contact:**    **Reference:** *Follow-up*

---

Deputy S. Cogburn
Harris County Sheriff`s Office
Special Weapons and Tactics
Unit 81X10


On Wednesday, December 27, 2023, I, Deputy S. Cogburn (Unit 81X10), was assigned to the Harris County Sheriff`s Office Special Weapons and Tactics (HCSO SWAT). At approximately 1258 hours, I was notified by HCSO Deputies of an active pursuit of an 18-wheeler in HCSO District 3, involving D3 Deputies traveling eastbound on Interstate 10 near Beltway 8. I began monitoring the pursuit via radio to gather intelligence pertaining to the call and origination of the traffic stop. I notified my command via text to make them aware of the current event. The driver of the truck and tractor continued to evade at low speeds, until it came to a stop on Interstate 10 traveling eastbound near Sheldon Road. Deputies on scene stated they gave several commands for the driver to exit the vehicle with negative results.

After speaking with my direct command, I sent HCSO SWAT personnel to the location with HCSO Bear (Rescue 1) and HCSO Rook (Rescue 3).
Before we arrived, HCSO patrol requested the assistance of SWAT.
I arrived shortly after and began my duties as Team Leader. Several HCSO SWAT deputies began to arrive and relieved HCSO Patrol deputies and formed a perimeter around the target location. I immediately began calling for the driver to exit the vehicle over a HCSO Patrol cars PA system with negative response from the driver. I observed the driver to be a Hispanic male and he appeared to be disorientated with all the events and movement around him.

At 1505 hours, several SWAT Deputies and I, moved towards the trailer to check it for persons. After the trailer doors were open, I saw the trailer did not have any cargo or occupants.
At 1516 hours, my team and I moved to Rescue 1`s location, which was directly in front of the suspect`s vehicle. A member of the Crisis Negotiation Team (CNT) was inside the Rescue 1 and utilized the Long Range Acoustic Device (LRAD) to give commands for the suspect to exit the vehicle. The suspect did not comply with the commands.
At 1523 hours, Deputy Sandor was positioned in Rescue 1`s turret and deployed one (1) 40mm CS Ferret through the front passenger side windshield of the suspect`s vehicle. The chemical agent seemed to have no effect and the suspect continued to look down the highway as if he was still driving the 18-wheeler. At 1527 hours, Deputy Sandor deployed a 40mm OC Ferret into the same area. The suspect still did not appear to be effected by the chemical agent.

CNT continued to give commands, using the LRAD in English and Spanish with continued negative results.
A gas plan was developed to have HCSO ROOK penetrate the passenger side sleeper cab window to allow access for a CS Tri-Chamber to be deployed.
At 1535 hours, a team moved to the passenger side of the truck and Deputy Luna deployed the CS Tri-Chamber

---

Investigator Signature      Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *NA*     **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *COGBURN, S. W. (S00697)*     **Date / Time:** *01/10/2024 09:29:50, Wednesday*

**Supervisor:** *DILLOW, D. R. (S26099)*     **Supervisor Review Date / Time:** *01/10/2024 14:05:00, Wednesday*

**Contact:**     **Reference:** *Follow-up*

---

into back of area of the cab. The CS seemed to have very minimal effects on the suspect.
Due to my time as assigned to SWAT and my experience I have seen this type of reaction on mentally ill and suspects under the influence of drugs or alcohol.  I then requested the HCSO Rook to move into position and remove the passenger side front door of the tractor due to SWAT Operators having a very limited view of the suspect.  The opening also assisted with the SWAT having access to the suspect in order to place him in custody.

At 1538 hours, the HCSO Rook successfully breached and removed the passenger side door. The HCSO Rook additionally breached the rear passenger sleeper cabin.
A plan was developed to use a small team, including K9, and deploy 40 less lethal munitions in an attempt to place the suspect into custody. The small team moved to the front passenger opening and I observed the suspect looking straight ahead with both his hands in his lap and covered by a sweater of some type.  Not being able see his hands caused to me to believe the suspect may be concealing a weapon. I advised the team the suspect`s hands were not visible.

Several deputies gave commands for the suspect to show us his hands with negative results. Deputy Poirier then deployed multiple 40mm less lethal rounds, striking the suspect. The suspect continued to disobey commands to exit the vehicle. HCSO SWAT K9 Deputy Marshall deployed K9 Timon.  K9 Timon had a successful bite on the suspect but he would still did not exit the vehicle. HCSO SWAT deputies then had to enter the cab of the tractor in an attempt to place the suspect into custody,

I entered the cab through the passenger door and observed the male suspect screaming and grabbing deputies.  HCSO SWAT deputies then placed their hands on him in an attempt to gain control. At one point I observed the male suspect place his hands on several pocket knives which were clipped onto his right pants pocket. I called out the male was reaching for a knife and was able to squeeze his hand while he was attempting to grab the items and gain control of this arm. I was then able to remove the knives while other deputies held his arms and placed them onto the dash.

The suspect continued to fight and resist SWAT deputies from removing him from the cab of his truck. I was able to eventually pull the suspect onto the passenger seat and grab a hold of the rear of his waistline. I was then able to pick the male up and remove him from the interior of the cab with the assistance of several deputies. Several other deputies were awaiting outside the cab and assisted with removing the suspect. Once the male exited the cab I observed him to continue to fight with SWAT deputies and attempted to bite myself and other deputies while placing him into custody. The male suspect was placed into custody at 1559 and I immediately called for EMS to approach to check the welfare of the male suspect who had visible injuries and bleeding.

A debrief of the operation was completed on location and all HCSO SWAT equipment was gathered on scene.

End of supplement.

---

Investigator Signature      Supervisor Signature

*Harris County Sheriff`s Office*

OCA: **231209920**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *NA*   **Occurred:** *12/27/2023*

**Offense:** *EVADING ARREST DETENTION*

---

**Investigator:** *KLOSTERMAN, T.  (S00036)*   **Date / Time:** *01/10/2024 13:13:29, Wednesday*

**Supervisor:** *DILLOW, D. R. (S26099)*   **Supervisor Review Date / Time:** *01/10/2024 13:28:15, Wednesday*

**Contact:**   **Reference:** *Follow Up Supplement*

---

Sergeant Todd Klosterman
Harris County Sheriff`s Office
Special Weapons and Tactics

This supplement was created to add additional details.

Deputy Nicholas Poirier was the SWAT member I observed the suspect grab during the struggle in the cab of the truck.

Deputy Kenneth Sandor deployed, from my observation, two 40mm chemical munitions through the truck windshield and into the cab. See Deputy Sandor`s supplement for the munition types.

---

Investigator Signature                    Supervisor Signature