## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF TEXAS - HOUSTON DIVISION

| | | |
|---|---|---|
| **TRINIDAD CUTSHALL,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No: 4:25-cv-02899** |
| | ) | |
| **HARRIS COUNTY, TEXAS,** | ) | |
| **DEPUTY C. MARSHALL, Individually,** | ) | |
| **DEPUTY N. POIRIER,** | ) | |
| **Individually, DEPUTY R.W. HOLLEY,** | ) | |
| **Individually, LIEUTENANT D.R.** | ) | |
| **CALHOUN, Individually, DEPUTY** | ) | |
| **KENNETH SANDOR, Individually,** | ) | |
| **DEPUTY NAHUEL FAIURA,** | ) | |
| **Individually, DEPUTY E. HERNANDEZ,** | ) | |
| **Individually, SERGEANT M.A.** | ) | |
| **CARRIZALES, Individually,** | ) | |
| **DEPUTY P. BATTON, Individually,** | ) | |
| **SERGEANT TODD KLOSTERMAN,** | ) | |
| **Individually, DEPUTY J. LUNA,** | ) | |
| **Individually, SERGEANT DONALD** | ) | |
| **DILLOW, Individually, & DEPUTY S.** | ) | |
| **COGBURN, Individually,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

### ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff hereby submits to the Court an advisory that he is extending the responsive pleading deadline to August 15, 2025, for any individual Defendant whose responsive pleading is due before August 15, 2025.

Date: July 18, 2025.

*[Signature Block on Next Page]*

Respectfully Submitted,

*/s/ Garrett Lee Gibbins*
Garrett Lee Gibbins
Texas Bar Number : 24125243
South Carolina Bar Number: 105706
New Mexico Bar Number: 163276
Arizona Bar Number: 039804
Colorado Bar Number: 61100
Oklahoma Bar Number: 36371
Illinois Bar Number: 6351087
Tennessee Licensure Pending
United States District Court for the Southern District of Texas Federal ID: 3864602
email: garrettgibbins4747@yahoo.com
phone: 512-587-8572
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that, pursuant to the Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the parties.

*/s/ Garrett Lee Gibbins*
Garrett Lee Gibbins