IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRINIDAD CUTSHALL, § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. H-25-2899 |
| § | |
| HARRIS COUNTY, TEXAS, *et. al.*, § § | |
| Defendants. § § § | |

## ORDER

Pending before the Court is Defendant Harris County's Motion to Dismiss (Document No. 15). Having considered the motion, submissions, and the applicable law, the Court determines that the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant Harris County's Motion to Dismiss (Document No. 15) is **DENIED**.

SIGNED at Houston, Texas, on this 5 day of August, 2025.

DAVID HITTNER
United States District Judge