**UNITED STATES DISTRICT COURT**
FOR THE
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| TRINIDAD CUTSHALL | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-02899 |
| | § | |
| HARRIS COUNTY, TEXAS ET AL | § | |
| Defendant. | § | |

## AFFIDAVIT IN SUPPORT OF SUBSTITUTE SERVICE

On this day personally appeared **Robert Odell** who, being by me duly sworn, deposed and said:

"The following came to hand on **Jun 29, 2025, 9:50 am**,

**SUMMONS IN A CIVIL ACTION WITH VERIFIED COMPLAINT AND EXHIBIT B**

For delivery to **DEPUTY J. LUNA**

1) Unsuccessful Attempt: Aug 7, 2025, 10:01 am CDT at Company: 8319 Thora Lane, Spring, TX 77379
Male worker states they are not here at the moment, he said 90% of the time they are at training and only here 10% of the time.

2) Unsuccessful Attempt: Aug 12, 2025, 2:04 pm CDT at Company: 8319 Thora Lane, Spring, TX 77379
Aerospace officer stated they were gone on a call already and did not expect them back.

3) Unsuccessful Attempt: Aug 22, 2025, 2:15 pm CDT at Company: 8319 Thora Lane, Spring, TX 77379
Spoke to another worker stationed here who stated they were out. He stated they were all aware of the suit and that he would have them call me to coordinate.

I have made diligent efforts to deliver said papers to **DEPUTY J. LUNA**. I have made numerous attempts at their business address as described above. I believe an efficient way to effect service is by leaving a copy with anyone over 16 years of age or by securely attaching the Citation, with Plaintiff's Original Petition attached, with tape to the front door of **DEPUTY J. LUNA**'s business, where it is sure to be seen by someone at the business, or in any other manner the affidavit or evidence before the court shows will be reasonably effective to give the defendant notice of the suit.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_/s/ Robert Odell_
Robert Odell
Certification Number: PSC22020
Certification Expiration: 2/28/2027

**BEFORE ME,** a Notary Public, on this day personally appeared **Robert Odell**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

**SUBSCRIBED AND SWORN TO ME ON** 08/29/2025

_/s/_
Notary Public, State of Texas

[Notary Seal: KIMBERLY ODELL, Notary Public, State of Texas, Comm. Expires 12-31-2025, Notary ID 131128253]