United States District Court
Southern District of Texas
**ENTERED**
September 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRINIDAD CUTSHALL, § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. H-25-2899 |
| § | |
| HARRIS COUNTY, TEXAS, *et. al.*, § § | |
| Defendants. § | |

## ORDER

Pending before the Court are Defendant Deputy P. Batton's Motion to Dismiss (Document No. 26); Defendant Lieutenant D.R. Calhoun's Motion to Dismiss (Document No. 27); Defendant Sergeant M.A. Carrizales' Motion to Dismiss (Document No. 28); Defendant Deputy R.W. Holley's Motion to Dismiss (Document No. 29); Defendant Deputy C. Marshall's Motion to Dismiss (Document No. 30); Defendant Sergeant Donald Dillow's Motion to Dismiss (Document No. 31); Defendant Deputy Nauel Faiura's Motion to Dismiss (Document No. 32); Defendant Sergeant Todd Klosterman's Motion to Dismiss (Document No. 33); and Defendant Deputy N. Poirer's Motion to Dismiss (Document No. 34).

Having considered the motions, submissions, and applicable law ***in detail***, the Court determines that each motion should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant Deputy P. Batton's Motion to Dismiss (Document No. 26) is **DENIED**. The Court further

**ORDERS** that Defendant Lieutenant D.R. Calhoun's Motion to Dismiss (Document No. 27) is **DENIED**. The Court further

**ORDERS** that Defendant Sergeant M.A. Carrizales' Motion to Dismiss (Document No. 28) is **DENIED**. The Court further

**ORDERS** that Defendant Deputy R.W. Holley's Motion to Dismiss (Document No. 29) is **DENIED**. The Court further

**ORDERS** that Defendant Deputy C. Marshall's Motion to Dismiss (Document No. 30) is **DENIED**. The Court further

**ORDERS** that Defendant Sergeant Donald Dillow's Motion to Dismiss (Document No. 31) is **DENIED**. The Court further

**ORDERS** that Defendant Deputy Nauel Faiura's Motion to Dismiss (Document No. 32) is **DENIED**. The Court further

**ORDERS** that Defendant Sergeant Todd Klosterman's Motion to Dismiss (Document No. 33) is **DENIED**. The Court further

**ORDERS** that Defendant Deputy N. Poirer's Motion to Dismiss (Document No. 34) is **DENIED**.

SIGNED at Houston, Texas, on this 4 day of September, 2025.

DAVID HITTNER
United States District Judge