# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **TRINIDAD CUTSHALL,** § | |
| § | |
| vs. § | Case No. 4:25cv2899 |
| § | |
| **HARRIS COUNTY, TEXAS, et. al,** § | |

## NOTICE OF APPEAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Notice is hereby given that SERGEANT DONALD DILLOW, DEPUTY NAUEL FAIURA, SERGEANT TODD KLOSTERMAN and DEPUTY N. POIRIER, Defendants in the above styled and numbered cause, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's order entered on September 4, 2025 [Dkt. 47].

The Court's order denying dismissal on the issue of qualified immunity is an immediately appealable final decision under 28 U.S.C. §1291. *Mitchell v. Forsyth*, 427 U.S. 511, 527-30 (1985). Defendants exercise their right to appeal.

Respectfully submitted,

 /s/ *Richard Kuniansky*
RICHARD KUNIANSKY
State Bar No. 11762840
440 Louisiana, Suite 1440
Houston, Texas 77002
Telephone: (713) 622-8333
rkuniansky@gmail.com
ATTORNEY FOR DEFENDANTS SERGEANT DONALD DILLOW, DEPUTY NAUEL FAIURA, SERGEANT TODD KLOSTERMAN and DEPUTY N. POIRIER

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2025, a true and correct copy of the pleading was served by ECF notification on all parties of record.

                                               /s/ *Richard Kuniansky*
                                               Richard Kuniansky