IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRINIDAD CUTSHALL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:25-CV-2899 |
| HARRIS COUNTY, TEXAS, DEPUTY C. MARSHALL, Individually, DEPUTY N. POIRER, Individually, DEPUTY R.W. HOLLEY, Individually, LIEUTENANT D.R. CALHOUN, Individually, DEPUTY KENNETH SANDOR, Individually, DEPUTY NAUEL FAIURA, Individually, DEPUTY E. HERNANDEZ, Individually, SERGEANT M.A. CARRIZALES, Individually, DEPUTY P. BATTON, Individually, SERGEANT TODD KLOSTERMAN, Individually, DEPUTY J. LUNA, Individually, SERGEANT DONALD DILLOW, Individually, & DEPUTY S. COGBURN, Individually, | § § § § § § § § § § § § § § § § § § § § § § | JURY DEMANDED |
| Defendants. | § | |

**DEFENDANTS' NOTICE OF APPEAL**

*TO THE HONORABLE DAVID HITTNER*:

Defendants Paul Batton, Dinnie Calhoun, Marco Carrizales, Reginal Holley, and Clayton Marshall files this notice of their respective appeals to the Fifth Circuit Court of Appeals. Each defendant appeals the District Court's denial (docket entry 47) of their respective motions to dismiss (docket entries 26, 27, 28, 29, and 30).

The District Court's order denying dismissal on the issue of qualified immunity is an immediately appealable final decision under 28 U.S.C. §1291. *See Mitchell v. Forsyth*, 427 U.S. 511, 527-30 (1985).

                Respectfully submitted,

                /s/ David Adler

                _____
                David Adler
                State Bar of Texas 00923150
                1415 North Loop West
                Suite 905
                Houston, Texas 77008
                (713) 666-7576
                davidadler1@hotmail.com

                Attorney for Defendants,
                Paul Batton
                Dinnie Calhoun
                Marco Carrizales
                Reginal Holley
                Clayton Marshall

## CERTIFICATE OF SERVICE

I certify a copy of this pleading was served upon each party via the CM/ECF (PACER) system on September 8, 2025.

/s/ David Adler

_____

David Adler